United States Courts
Southern District of Texas
FILED

*April 30, 2024*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| v. | § | CRIMINAL NO. | **L-24-CR-439** |
| | § | | |
| **ANGELA RUBY PONCE** | § | | **JAK** |
| **OSCAR AXEL FLORES** | § | | |
| **MARIO ALBERTO TOVAR, JR.** | § | | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## INTRODUCTION

The Cartel del Noreste is a Mexican criminal organization that engages in transnational crime including kidnapping, extortion, vehicle theft, human trafficking, drug trafficking, and money laundering. It is headquartered in the city of Nuevo Laredo, Tamaulipas, Mexico and has influence over other Mexican cities. The Cartel del Noreste uses firearms of various calibers and capabilities to carry out and protect its operations.

## COUNT ONE

From on or about January 1, 2024, through on or about April 2, 2024, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**ANGELA RUBY PONCE, OSCAR AXEL FLORES,
AND MARIO ALBERTO TOVAR, JR.,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jurors, to violate Title 18, United States Code, Section 554.

In violation of Title 18, United States Code, Sections 371.

OVERT ACTS

In furtherance of the conspiracy, and to accomplish its object and purpose, the conspirators committed and caused to be committed, in the Southern District of Texas and elsewhere, the following overt acts:

1. On January 25, 2024, Mario Alberto Tovar, Jr. purchased a Smith & Wesson, Model SD9, pistol, SN: EFB2134.

2. On January 25, 2024, Mario Alberto Tovar, Jr. purchased a Smith & Wesson, Model SD9, pistol, SN: EFB2613.

3. On February 5, 2024, Mario Alberto Tovar, Jr. purchased a Century Arms, Model VSKA, rifle, SN: SV7019254.

4. On March 5, 2024, Mario Alberto Tovar, Jr. purchased a DPMS Panther Arms, Model A-15, rifle, SN: F203663.

5. On March 12, 2024, Oscar Axel Flores purchased a Taurus Arms, Model G3, pistol, SN: ACA408444.

6. On March 12, 2024, Oscar Axel Flores purchased a Bul Armory, Model Cherokee, pistol, SN: SP-15244.

7. On March 13, 2024, Mario Alberto Tovar, Jr. purchased a Taurus Arms, Model G3, pistol, SN: ADG440629.

8. On March 13, 2024, Mario Alberto Tovar, Jr. purchased a Taurus Arms, Model G3C, pistol, SN: ADK746020.

9. On March 14, 2024, Mario Alberto Tovar, Jr. purchased an Aero Precision, Model M4 Carbine, rifle, SN: X0003864.

10. On March 14, 2024, Oscar Axel Flores purchased a Savage Arms, Model SR-15,

rifle, SN: 03-000869.

11. On March 14, 2024, Oscar Axel Flores purchased an Alex Pro Firearms, Model APF-15, rifle, SN: R001657.

12. On April 2, 2024, Angela Ruby Ponce purchased a Radical Firearms, Model RF-15, rifle, SN: 2-001849.

## COUNT TWO

From on or about January 1, 2024, through on or about April 2, 2024, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**ANGELA RUBY PONCE, OSCAR AXEL FLORES,
AND MARIO ALBERTO TOVAR, JR.,**

did fraudulently and knowingly export and send, and attempt to export and send from the United States to the United Mexican States, merchandise, articles, and objects; that is:

| | DATE | MAKE | MODEL | SERIAL NUMBER |
|---|---|---|---|---|
| 1. | January 25, 2024 | Smith & Wesson | SD9 | EFB2134 |
| 2. | January 25, 2024 | Smith & Wesson | SD9 | EFB2613 |
| 3. | February 5, 2024 | Century Arms | VSKA | SV7019254 |
| 4. | March 5, 2024 | DPMS Panther Arms | A-15 | F203663 |
| 5. | March 12, 2024 | Taurus Arms | G3 | ACA408444 |
| 6. | March 12, 2024 | Bul Armory | Cherokee | SP-15244 |
| 7. | March 13, 2024 | Taurus Arms | G3 | ADG440629 |
| 8. | March 13, 2024 | Taurus Arms | G3C | ADK746020 |
| 9. | March 14, 2024 | Aero Precision | M4 | X0003864 |
| 10. | March 14, 2024 | Savage Arms | SR-15 | 03-000869 |
| 11. | March 14, 2024 | Alex Pro Firearms | APF-15 | R001657 |
| 12. | March 14, 2024 | Radical Firearms | RF-15 | 2-001849 |

contrary to the laws and regulations of the United States; to wit, Title 50, United States Code, Section 4819(a)(2) and (b); Title 15, Code of Federal Regulations Section 730, et. seq.; and Title 22, United States Code, Section 2778; and Title 22, C.F.R. §§ 121.1, 123.1 and 127.1, and did receive, conceal, buy, sell, and in any manner facilitated the transportation, concealment, and sale of said merchandise, articles, and objects, prior to exportation, knowing the same to be intended for exportation contrary to said laws and regulations of the United States.

In violation of Title 18, United States Code, Sections 554 and 2.

## COUNT THREE

From on or about January 1, 2024, through on or about April 2, 2024, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ANGELA RUBY PONCE, OSCAR AXEL FLORES,
AND MARIO ALBERTO TOVAR, JR.,**

did knowingly conspire and agree with each other and other persons known and unknown to the Grand Jurors to receive from another person a firearm, in or otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that such receipt constituted a felony (as defined in section 932(a)).

In violation of Title 18, United States Code, Sections 933(a)(2), (a)(3), and (b).

## COUNT FOUR

From on or about January 1, 2024, through on or about April 2, 2024, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**ANGELA RUBY PONCE, OSCAR AXEL FLORES,
AND MARIO ALBERTO TOVAR, JR.,**

did knowingly purchase and conspire to purchase a firearm, in or otherwise affecting interstate and foreign commerce, for, on behalf of, and at the request and demand of the Cartel del Noreste, knowing and having reasonable cause to believe that the Cartel del Noreste intended to use, carry, possess, and sell and otherwise dispose of the firearm in furtherance of a felony, a federal crime of terrorism, and a drug trafficking crime.

In violation of Title 18, United States Code, Section 932(b)(2) and (c)(2).

## NOTICE OF FORFEITURE

**18 U.S.C. § 554
(Counts One and Two)**

Pursuant to Title 19 U.S.C. § 1595a and Title 28 U.S.C. § 2461 the United States gives notice to Defendants,

**ANGELA RUBY PONCE, OSCAR AXEL FLORES,
AND MARIO ALBERTO TOVAR, JR.,**

that upon conviction of a violation of 18 U.S.C. 554, as charged in this Indictment, all merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be forfeited to the United States and includes, but is not limited to:

| | DATE | MAKE | MODEL | SERIAL NUMBER |
|---|---|---|---|---|
| 1. | January 25, 2024 | Smith & Wesson | SD9 | EFB2134 |
| 2. | January 25, 2024 | Smith & Wesson | SD9 | EFB2613 |
| 3. | February 5, 2024 | Century Arms | VSKA | SV7019254 |
| 4. | March 5, 2024 | DPMS Panther Arms | A-15 | F203663 |
| 5. | March 12, 2024 | Taurus Arms | G3 | ACA408444 |
| 6. | March 12, 2024 | Bul Armory | Cherokee | SP-15244 |
| 7. | March 13, 2024 | Taurus Arms | G3 | ADG440629 |
| 8. | March 13, 2024 | Taurus Arms | G3C | ADK746020 |
| 9. | March 14, 2024 | Aero Precision | M4 | X0003864 |
| 10. | March 14, 2024 | Savage Arms | SR-15 | 03-000869 |
| 11. | March 14, 2024 | Alex Pro Firearms | APF-15 | R001657 |
| 12. | March 14, 2024 | Radical Firearms | RF-15 | 2-001849 |

## 18 U.S.C. § 932
### (Count Three)

Pursuant to Title 18 U.S.C. § 924(d) and 934(a), and Title 28 U.S.C. § 2461 the United States gives notice to Defendants,

**ANGELA RUBY PONCE, OSCAR AXEL FLORES,
AND MARIO ALBERTO TOVAR, JR.,**

that upon conviction of a violation of 18 U.S.C. 932, as charged in this Indictment, any and all property constituting or derived from, any and all proceeds obtained, directly or indirectly, as a result of such violation, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation shall be forfeited to the United States. Further all firearms and ammunition involved in said violation are subject to forfeiture, including but not limited to the following:

| | DATE | MAKE | MODEL | SERIAL NUMBER |
|---|---|---|---|---|
| 1. | January 25, 2024 | Smith & Wesson | SD9 | EFB2134 |
| 2. | January 25, 2024 | Smith & Wesson | SD9 | EFB2613 |
| 3. | February 5, 2024 | Century Arms | VSKA | SV7019254 |

| 4. | March 5, 2024 | DPMS Panther Arms | A-15 | F203663 |
|---|---|---|---|---|
| 5. | March 12, 2024 | Taurus Arms | G3 | ACA408444 |
| 6. | March 12, 2024 | Bul Armory | Cherokee | SP-15244 |
| 7. | March 13, 2024 | Taurus Arms | G3 | ADG440629 |
| 8. | March 13, 2024 | Taurus Arms | G3C | ADK746020 |
| 9. | March 14, 2024 | Aero Precision | M4 | X0003864 |
| 10. | March 14, 2024 | Savage Arms | SR-15 | 03-000869 |
| 11. | March 14, 2024 | Alex Pro Firearms | APF-15 | R001657 |
| 12. | March 14, 2024 | Radical Firearms | RF-15 | 2-001849 |

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

Bryan L. Oliver
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

__LAREDO__   DIVISION                                        NO.___**L-24-CR-439**___

FILE: 24-02154          MAG#:   24-00407
<u>INDICTMENT</u>              Filed:_APRIL 30, 2024_                      Judge:___**JAK**_____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

<u>ALAMDAR S. HAMDANI, USA</u>
<u>BRYAN L. OLIVER, AUSA</u>

**ANGELA RUBY PONCE**
**OSCAR AXEL FLORES**
**MARIO ALBERTO TOVAR, JR.**

**CHARGES:**

Ct. 1:          Conspiracy to Smuggling Goods from the United States
                [18 USC 371 & 554]
Ct. 2:          Smuggling Goods from the United States
                [18 USC 554 & 2]
Ct. 3:          Trafficking in Firearms

                 [18 USC 933]
Ct. 4:          Straw Purchasing of Firearms
                [18 USC 932]
Notice of Forfeiture

**TOTAL COUNTS: 4**

**PENALTY:**

Ct. 1:          0 to 5 years and/or $250,000 Fine, $100 special assessment, not more than a 1-year
                term of supervised release
Ct. 2:          0 to 10 years and/or $250,000 Fine, $100 special assessment, not more than a 3-
                year term of supervised release
Ct. 3:          0 to 15 years and/or $250,000 Fine, $100 special assessment, not more than a 3-
                year term of supervised release
Ct. 4:          0 to 25 years and/or $250,000 Fine, $100 special assessment, not more than a 3-
                year term of supervised releas