UNITED STATES DISTRICT COURT   ☆   SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| UNITED STATES OF AMERICA<br>*VERSUS* - - - - - - - - - - - - - - -<br><br>ANGELA RUBY PONCE | CRIMINAL NO. 5:24-CR-439-1 |
|---|---|
| | **AMENDED EXHIBIT LIST** |
| JUDGE JOHN A. KAZEN | CASE MANAGER: JESSICA RODRIGUEZ |
| LIST OF<br>■ GOVERNMENT   ☐ DEFENDANT(S) | PROCEEDING: MOTION TO SUPPRESS<br><br>DATE: |

| No. | DESCRIPTION | OBJ | ADM | NOT ADM | DATE |
|---|---|---|---|---|---|
| 1 | MULTIPLE SALES REPORT | | X | | |
| 2 | MEXICO TRACE REPORT | | X | | |
| 3 | SALES RECEIPTS | | X | | |
| 4 | FORM 4473 - PONCE | | X | | |
| 5 | FORMS 4473 - FLORES | | X | | |
| 6 | FORMS 4473 - TOVAR | | X | | |
| 7 | VIDEO - INTERIOR EBP SANB 1540 | | X | | |
| 8 | VIDEO - PARKING LOT EBP MINES | | X | | |
| 9 | VIDEO - INTERIOR EBP MINES | | X | | |
| 10 | VIDEO - PARKING LOT EBP SANB 1920 | | X | | |
| 11 | VIDEO - INTERIOR EBP SANB 1920 | | X | | |
| 12 | BUSINESS RECORDS AFFIDAVIT FOR EXHIBITS 7-11 | | X | | |
| 13 | VIDEO - TRAFFIC STOP | | X | | |
| 13A | VIDEO - TRAFFIC STOP TRANSCRIPT | | X | | |
| 14 | VIDEO - TRAFFIC STOP ENCOUNTER | | X | | |
| 14A | VIDEO - TRAFFIC STOP ENCOUNTER TRANSCRIPT | | X | | |
| 15 | FIREARM (RIGHT SIDE) | | X | | |
| 16 | FIREARM (MODEL-CAL-SERIAL) | | X | | |
| 17 | LPD CITATION | | X | | |
| 18 | LPD CASE REPORT | | X | | |
| 19 | MIRANDA WARNING (PONCE) | | X | | |
| 20 | AUDIO - PONCE INTERVIEW | | X | | |
| 20A | TRANSCRIPT - PONCE INTERVIEW | | X | | |
| 21 | PONCE'S SCHOOL RECORDS | | X | | |
| 21A | BUSINESS RECORDS AFFIDAVIT FOR EXHIBIT 21 | | X | | |
| 22 | CROSSING HISTORY SUMMARY - FLORES | | X | | |
| 22A | CROSSING HISTORY COMPLETE - FLORES | | X | | |
| 23 | CROSSING HISTORY SUMMARY - PONCE | | X | | |
| 23A | CROSSING HISTORY COMPLETE - PONCE | | X | | |