# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
**Phone:(800) 788-7133  Fax:(800) 578-7223**

**Print Date: March 18, 2024**



## MULTIPLE SALE SUMMARY

**Multiple Sale Number: M20240130777**     **Entered Date: March 15, 2024**     **Field Division:**

### DEALER INFORMATION

**Business Name:** L BUFALO PAWN
**Licensee Name:** LBP LP
**Address:** 3401 SAN BERNARDO
LAREDO, TX 78040
**Phone:** (956) 727-7296 Ext:
**FFL Number:** 57404252

### PURCHASER INFORMATION

**Purchase Date:** 03/13/2024
**Name:** MARIO ALBERTO TOVAR JR
**Address:** ▮▮▮▮▮
**DOB:** ▮▮▮  **Race:** ▮▮▮  **Sex:** ▮▮
**POB:** ▮▮▮▮
**ID 1:** TX STATE CARD ID   **#:** ▮▮▮
**ID 2:**   **#:**

Purchaser is not associated with any other traces/multiple sales.

## Weapon Summary

Weapon Count: 2

| Manufacturer | Model | Caliber | Serial Number | Type | Importer | Origin |
|---|---|---|---|---|---|---|
| TAURUS | G3 | 9 | ADG440629 | PISTOL | TAURUS | US |
| TAURUS | G3C | 9 | ADK746020 | PISTOL | TAURUS | US |

## Notes

APT = UNIT. ETHNICITY = HISP/LAT.

Unclassified / Law Enforcement Sensitive

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
**Phone:(800) 788-7133  Fax:(800) 578-7223**

**Print Date: March 18, 2024**

## MULTIPLE SALE SUMMARY

**Multiple Sale Number: M20240053183**     **Entered Date: January 31, 2024**     **Field Division:**

### DEALER INFORMATION

**Business Name:** ACADEMY SPORTS + OUTDOORS #73
**Licensee Name:** ACADEMY, LTD
**Address:** 5720 SAN BERNARDO
LAREDO, TX 78041
**Phone:** (956) 523-8300 Ext:
**FFL Number:** 57401306

### PURCHASER INFORMATION

**Purchase Date:** 01/25/2024
**Name:** MARIO ALBERTO TOVAR JR
**Address:** ▮▮▮
**DOB:** ▮  **Race:** ▮  **Sex:** ▮
**POB:** ▮
**ID 1:** TX STATE CARD ID  **#:** ▮
**ID 2:**  **#:**

Purchaser is not associated with any other traces/multiple sales.

## Weapon Summary

Weapon Count: 2

| Manufacturer | Model | Caliber | Serial Number | Type | Importer | Origin |
|---|---|---|---|---|---|---|
| SMITH & WESSON | SD9 | 9 | EFB2134 | PISTOL | | US |
| SMITH & WESSON | SD9 | 9 | EFB2613 | PISTOL | | US |

## Notes

ETHNICITY HISPANIC OR LATINO
APARTMENT=UNIT

Unclassified / Law Enforcement Sensitive