

# S A L E S     R E C E I P T

**# 4005**

L. Bufalo Pawn "Mines Road"
8002 San Gabriel
Laredo, Texas 78040
(956) 722-4500

Today's Date
02/06/24

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| G 1962 | CENTURY ARM 7.62 X 39MM RIFLE W/VSKA S/SV7019254 | 1 @ | 899.99 |

Gun Ref # 4423
Form 4473 # 3732

TOVAR JR. MARIO ALBERTO

Customer paid by CASH.
CLERK - ASHLEY

DOB    Eye Color   Height   Sex   Race

| | |
|---|---|
| Sub Total | $ 899.99 |
| Sales Tax | $ 74.25 |
| TOTAL | $ 974.24 |
| Due Today | $ 974.24 |
| Tendered | $ 1000.00 |
| Change | $ 25.76 |

NO REFUNDS OR EXCHANGES. NO SE REGRESA EL DINERO NI CAMBIA LA MERCANCIA. NOT RESPONSIBLE FOR INJURY CAUSED

# SALES RECEIPT

\# 2046

Today's Date 03/12/24

L Bufalo Pawn
4515 Highway 83
Laredo, Texas 78046
(956)722-7296

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| G 1232 | TAURUS ARMAS 9X19 PISTOL M/G3 S/ACA408444 | 1 @ $ | 289.99 |

Gun Ref # 2498
Form 4473 # 2333

FLORES, OSCAR AXEL

Customer paid by CASH.
CLERK - LIZBETH

| | Sub Total | $ 289.99 |
|---|---|---|
| | Sales Tax | $ 23.92 |
| | TOTAL | $ 313.91 |
| | Due Today | $ 313.91 |
| | Tendered | $ 320.00 |
| | Change | $ 6.09 |

TXDL

| DOB | Eye Color | Height | Sex | Race |
|---|---|---|---|---|

NO REFUND OR EXCHANGE! NO SE REGRESA DINERO NI CAMBIA
LA MERCANCIA! NOT RESPONSIBLE FOR INJURY CAUSED BY ITEM

# 79123

## S A L E S   R E C E I P T

Today's Date
03/12/24

L Bufalo Pawn
2102 South Meadow
Laredo, Texas 78046
(956)728-7296

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| 6 3286 | BUL ARMORY 9MM PISTOL   N W/CHEROKEE S/SP-15244 OG CASE W/EXTR | 1 @ $ | 375.99 |

Gun Ref # 7869
Form 4473 # 7029

FLORES, OSCAR AXEL

TXDL

| DOB | Eye Color | Height | Sex | Race |
|---|---|---|---|---|

Customer paid by CASH.
CLERK - YAJAIRA

| | |
|---|---|
| Sub Total | $ 375.99 |
| Sales Tax | $ 31.02 |
| TOTAL | $ 407.01 |
| Due Today | $ 407.01 |
| Tendered | $ 420.01 |
| Change | $ 13.00 |

NO REFUND / EXCHANGE! NO SE REGRESA DINERO NI SE CAMBIA
LA MERCANCIA! NOT RESPONSIBLE FOR INJURY CAUSED BY ITEM

```
#  25241           S A L E S   R E C E I P T          Today's Date
                                                       03/13/24
                     El Bufalo Pawn
                  3401 San  Bernardo Ave
                   Laredo, Texas 78040
                      (956)727-7296

Inv. No.        Description of Merchandise        #   Price

G 1632     TAURUS ARMAS 9X19 PISTOL    N M/G3 S/ADG440629     1 @ $ 290.00


                                               Sub Total    $  290.00
Gun Ref # 3579                                 Sales Tax    $   23.93
Form .4473 # 3038                                          =========
                                               TOTAL       $  313.93
TOVAR JR. MARIO ALBERTO          Customer paid by CASH.
                                 CLERK - ANTONIO            Due Today   $  313.93
                                                           Tendered    $  400.00
TXID-                                                      Change      $   86.07
  DOB   Eye Color  Height  Sex  Race    NO REFUND OR EXCHANGE! NO SE REGRESA DINERO NI CAMBIA
                                        LA MERCANCIA! NOT RESPONSIBLE FOR INJURY CAUSED BY ITEM
```

```
#  25246           S A L E S   R E C E I P T          Today's Date
                                                       03/13/24
                     El Bufalo Pawn
                  3401 San  Bernardo Ave
                   Laredo, Texas 78040
                      (956)727-7296

Inv. No.        Description of Merchandise        #   Price

G 1651     TAURUS ARMAS 9X19 PISTOL M/G3C S/ADK746020     1 @ $ 250.00


                                               Sub Total    $  250.00
Gun Ref # 3468                                 Sales Tax    $   20.63
Form 4473 # 3039                                          =========
                                               TOTAL       $  270.63
TOVAR JR. MARIO ALBERTO          Customer paid by CASH.
                                 CLERK - ANTONIO            Due Today   $  270.63
                                                           Tendered    $  300.00
TXID                                                       Change      $   29.37
  DOB   Eye Color  Height  Sex  Race    NO REFUND OR EXCHANGE! NO SE REGRESA DINERO NI CAMBIA
                                        LA MERCANCIA! NOT RESPONSIBLE FOR INJURY CAUSED BY ITEM
```

# 25193

### S A L E S   R E C E I P T

Today's Date
03/05/24

El Bufalo Pawn
3401 San Bernardo Ave
Laredo, Texas 78040
(956)727 7296

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| G 1455 | DPMS 223-5.56MM RIFLE M/A-15 S/F203663 | 1 @ $ 760.00 |

Gun Ref # 3205
Form 4473 # 3023

TOVAR JR. MARIO ALBERTO

Customer paid by CASH.
CLERK - JOSEPH

TXID

DOB    Eye Color    Height    Sex    Race

| | |
|---|---|
| Sub Total | $ 760.00 |
| Sales Tax | $ 62.70 |
| TOTAL | $ 822.70 |
| Due Today | $ 822.70 |
| Tendered | $ 840.00 |
| Change | $ 17.30 |

NO REFUND OR EXCHANGE! NO SE REGRESA DINERO NI CAMBIA
LA MERCANCIA! NOT RESPONSIBLE FOR INJURY CAUSED BY ITEM

---

# 25255

### S A L E S   R E C E I P T

Today's Date
03/14/24

El Bufalo Pawn
3401 San Bernardo Ave
Laredo, Texas 78040
(956)727-7296

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| G 1655 | ALEX PRO 5.56 RIFLE M/APT-15 S/R001657 | 1 @ $ 750.00 |

Gun Ref # 3451
Form 4473 # 3040

FLORES, OSCAR AXEL

Customer paid by CASH.
CLERK - ANTONIO

TXID

DOB    Eye Color    Height    Sex    Race

| | |
|---|---|
| Sub Total | $ 750.00 |
| Sales Tax | $ 61.88 |
| TOTAL | $ 811.88 |
| Due Today | $ 811.88 |
| Tendered | $ 900.00 |
| Change | $ 88.12 |

NO REFUND OR EXCHANGE! NO SE REGRESA DINERO NI CAMBIA
LA MERCANCIA! NOT RESPONSIBLE FOR INJURY CAUSED BY ITEM

# 40320

**SALES RECEIPT**

Today's Date
03/14/24

L Bufalo Pawn "Mines Road"
9002 San Gabriel
Laredo, Texas 78045
(956) 722-4500

| Inv. No. | Description of Merchandise | # Price |
|---|---|---|
| G 1919 | AERO PRECISI 5.56 RIFLE M/M4 CARBINE S/YG003864 W/ONE MAG | 1 @ $ 699.99 |

Gun Ref # 4331
Form 4473 # 3757

TOVAR JR, MARIO ALBERTO

TXID

DOB   Eye Color   Height   Sex   Race

Customer paid by CASH.
CLERK - VERO

NO REFUNDS OR EXCHANGES. NO SE REGRESA EL DINERO NI
CAMBIA LA MERCANCIA. NOT RESPONSIBLE FOR INJURY CAUSED

Sub Total   $ 699.99
Sales Tax   $  57.75
=========
TOTAL   $ 757.74

Due Today   $ 757.74
Tendered   $ 800.00
Change   $  42.26

---

# 40339

**SALES RECEIPT**

Today's Date
03/14/24

L Bufalo Pawn "Mines Road"
9002 San Gabriel
Laredo, Texas 78045
(956) 722-4500

| Inv. No. | Description of Merchandise | # Price |
|---|---|---|
| G 2010 | SAVAGE ARMS 223/5.56 RIFLE M/MSR-15 S/03-00869 W/MAG | 1 @ $ 740.00 |

Gun Ref # 4472
Form 4473 # 3756

FLORES, OSCAR AXEL

TXDL

DOB   Eye Color   Height   Sex   Race

Customer paid by CASH.
CLERK - VERO

NO REFUNDS OR EXCHANGES. NO SE REGRESA EL DINERO NI
CAMBIA LA MERCANCIA. NOT RESPONSIBLE FOR INJURY CAUSED

Sub Total   $ 740.00
Sales Tax   $  61.05
=========
TOTAL   $ 801.05

Due Today   $ 801.05
Tendered   $ 802.00
Change   $   0.95

# SALES RECEIPT

Today's Date
03/14/24

El Bufalo Pawn
3401 San Bernardo Ave
Laredo, Texas 78040
(956) 727-7296

| Inv. No. | Description of Merchandise | # | Price |
|----------|--------------------------|---|-------|
| 6 1222 | RADICAL FIREARMS 7.62X39 RIFLE M/RF-15 S/2-001849 | 1 @ $ 715.94 |

Gun Ref # 2828
Form 4473 # 3041

PONCE, ANGELA RUBY

Customer paid by CASH.
CLERK - ANTONIO

TXID

DOB    Eye Color  Height  Sex  Race

| | |
|---|---|
| Sub Total | $ 715.94 |
| Sales Tax | $ 59.06 |
| TOTAL | $ 775.00 |
| Due Today | $ 775.00 |
| Tendered | $ 800.00 |
| Change | $ 25.00 |

NO REFUND OR EXCHANGE! NO SE REGRESA DINERO NI CAMBIA
LA MERCANCIA! NOT RESPONSIBLE FOR INJURY CAUSED BY ITEM