GOVERNMENT
EXHIBIT
**EX-7**
**24-CR-439**

7. Video- Interior EBP SanB 1540