GOVERNMENT
EXHIBIT

**EX-8**

**24-CR-439**

8. Video- Parking Lot EBP Mines