GOVERNMENT
EXHIBIT
**EX-9**
24-CR-439

9. Video- Interior EBP Mines