GOVERNMENT
EXHIBIT
**EX-10**
**24-CR-439**

10. Video Parking Lot EBP SanB 1920