GOVERNMENT
EXHIBIT
**EX-11**
24-CR-439

11. Video- Parking Lot EBP SanB 1920