**GOVERNMENT EXHIBIT**
**EX-12**
**24-CR-439**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA          §
                                  §
                                  §
v.                                §          CR. NO.   5:24-CR-439-2
                                  §
                                  §
                                  §
OSCAR AXEL FLORES                 §

### NOTICE OF ADMISSION OF CERTIFIED DOMESTIC RECORD OF REGULARLY CONDUCTED ACTIVITY

**COMES NOW** the United States of America, by and through its United States Attorney for the Southern District of Texas and Bryan L. Oliver, Assistant United States Attorney, and gives notice that the United States intends to offer into evidence records obtained from El Bufalo Pawn regarding security surveillance footage.

The records referenced in the attached affidavits are the duplicates of original security surveillance footage from El Bufalo Pawn. The records were made at or near the time of the occurrence of the matters set forth therein, or from information transmitted by, a person with knowledge of those matters. The records are kept in the regularly conducted activity of El Bufalo Pawn. The making of the records is a regular practice of the regularly conducted activity of El Bufalo Pawn. The aforementioned conditions are averred, under penalty of perjury, by Enrique Jasso, a custodian of such records for El Bufalo Pawn.

**WHEREFORE** the government hereby gives notice, pursuant to FRE 902(11), of its intention to offer into evidence the attached business records and makes available for inspection the records and certifications therefor.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____

Bryan L. Oliver
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice, the attached affidavits, and records were delivered via a secure cloud computing server to all counsel of record on July 9, 2024. Further, a true and correct copy of this notice and the attached affidavits were electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to all counsel of record

_____

Bryan L. Oliver
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | CR. NO.  5:24-CR-439-2 |
| OSCAR AXEL FLORES | § § | |

<u>**AFFIDAVIT**</u>

Before me, the undersigned authority, personally appeared ___Enrique Jasso___,

who, being by me duly sworn, deposed as follows:

I, ___Enrique Jasso___, attest, under penalties of perjury under the

laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained

in this declaration is true and correct. I am employed by ___El Bufalo Pawn___

___, and my official title is ___Supervisor___. I am a

custodian of records, including security surveillance footage for ___El Bufalo Pawn___

___. I state that each of the records attached hereto is the original record or a

true duplicate of the original record in the custody of ___El Bufalo Pawn___

___, and that I am the custodian of the attached records consisting of ___5___

security surveillance videos. Those security surveillance videos are titled as follows:

- Video – Interior EBP SanB 1540

- Video – Parking Lot EBP Mines

- Video – Interior EBP Mines

- Video – Parking Lot EBP SanB 1920

- Video - Interior EBP SanB 1920

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of _____ El Bufalo Paun _____; and

c. such records were made by _____ El Bufalo Paun _____ as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

7/9/2024
Date

Signature
AFFIANT

SWORN AND SUBSCRIBED before me the 9 day of July 2024.



TERESA DELEON COOK
Notary ID #131955142
My Commission Expires
April 20, 2027

Notary Public, State of Texas

Teresa Deleon-Cook
(Notary's printed name)
My commission expires: 04-20-2027