GOVERNMENT
EXHIBIT
**EX-13**
**24-CR-439**

13. Video- Traffic Stop