GOVERNMENT
EXHIBIT
**EX-14**
**24-CR-439**

14. Video- Traffic Stop Encounter