**TRANSCRIPTION AND TRANSLATION**

**OF RECORDING NAMED**

**'13. Video - Traffic Stop Encounter'.**

1

| TRANSCRIPTION | TRANSLATION |
|---|---|
| **MV1:** Buenas. | Hello. |
| **MV2:** (inaudible) | (inaudible) |
| **MV1:** ¿El carro es de ustedes? ¿El… ¿Son los son dueños del carro? | Is the car yours? The… are you the owners of the car? |
| **MV2:** Es mi primo. | It's my cousin. |
| **MV1:** ¿El primo? | The cousin? |
| **MV2:** Sí. | Yes. |
| **MV1:** ¿Dónde ahorita está su primo? | Where is your cousin right now? |
| **MV2:** Aquí viene conmigo. | He's with me. |
| **MV1:** ¿Viene contigo? | He's with you? |
| **MV2:** Sí. | Yes. |
| **MV1:** Oh, ¿Prima o primo? | Oh, female or male cousin? |
| **MV2:** Primo. | Male cousin. |
| **MV1:** Oh, primo, okay. | Oh, male cousin, okay. |
| **MV2:** Sí, ah… | Yes, ah… |
| **MV1:** Nomás ahorita tenemos unas preguntas, ¿Okay? | We just have some questions right now, okay? |
| **MV2:** Sí. | Yes. |
| **MV1:** Que… que vamos a hablar. Buenas, ¿Puede pasar para afuera? | That… that we're going to talk. Hello, can you come outside? |
| **MV3:** Ah, sí. | Ah, yes. |

**MV1:** ¿Armas… ¿Tienes armas o algo en el carro?

Weapons… do you have weapons or something in the car?

**MV3:** ¿Mande?

Excuse me?

**MV1:** ¿Armas o algo en el carro?

Weapons or something in the car?

**MV3:** Sí… sí hay una.

Yes… yes, there is one.

**MV1:** ¿Hay una acá atrás?

There is one in the back?

**MV3:** Sí.

Yes.

**MV1:** ¿No tiene nada contigo?

You don't have anything with you?

**MV3:** No, yo nada.

No, I don't have anything.

**MV1:** Es esa, where… where is it? ¿En abajo?

It's that one, where… where is it? Under?

**MV3:** Ah, sí.

Ah, yes.

**MV1:** Eh, yo, yo, yo, yo, yo, yo la agarro, yo la agarro.

Uh, I, I, I, I, I, I, I'll grab it, I'll grab it.

**MV4:** No, no, no, no, don't get it, get over here.

No, no, no, no, don't get it, get over here.

**MV1:** Yo la agarro.

I'll grab it.

**MV4:** Put your hands in your back, just leave it… leave (inaudible)

Put your hands in your back, just leave it… leave (inaudible)

**MV1:** Adam-13 copy on the 48.

Adam-13 copy on the 48.

RADIO: (inaudible) 20.

(inaudible) 20.

**MV1:** Lincoln Santa Maria,

Lincoln Santa Maria, Lincoln

3

Lincoln Santa Maria, black Nissan Altima, X-Ray… uh, Tamaulipas plates X-Ray-David-X-Ray-0-4-8-Charles.

RADIO: X-Ray-David-X-Ray-0-4-8-Charles.

**MV1:** 10-4, Tamaulipas plates.

**MV4:** (inaudible)

**MV3:** Sí, ¿Me lo (inaudible)

**MV1:** I don't know if this is a known… a known 20.

**MV4:** Hmm?

**MV1:** Is this a known 20 to you guys? A known 20? No?

**MV4:** No, he just came and (inaudible)

**MV1:** Okay.

**MV3:** (inaudible) la andaba haciendo (inaudible)

**MV2:** Is he (inaudible) looking?

**MV1:** I don't… I don't think so.

**MV2:** (inaudible)

**MV1:** A ver, ma'am, una… una pregunta, ma'am, ¿No… ¿No… ¿No conoce al carro o al muchacho

Santa Maria, black Nissan Altima, X-Ray… uh, Tamaulipas plates X-Ray-David-X-Ray-0-4-8-Charles.

X-Ray-David-X-Ray-0-4-8-Charles.

10-4, Tamaulipas plates.

(inaudible)

Yes, I (inaudible)

I don't know if this is a known… a known 20.

Hmm?

Is this a known 20 to you guys? A known 20? No?

No, he just came and (inaudible)

Okay.

(inaudible) was doing (inaudible)

Is he (inaudible) looking?

I don't… I don't think so.

(inaudible)

Let's see, ma'am, one… one question, ma'am, you don't… you don't… you don't know the car

que está atrás… I mean, yo no sé si ahorita miró al muchacho, pero ¿No conoce este carro? El negro.

or the guy that is in the back… I mean, I don't know if you just saw the guy right now, but do you know this car? The black one.

**FV1:** No.

No.

**MV1:** ¿No? ¿Un conocido nadie lo tiene?

No? Nobody that you know owns it?

**FV1:** Que yo sepa no.

Not that I know.

**MV1:** ¿Cuántos… ¿Son apartamentos o son casas?

How many… are there apartments or houses?

**FV1:** Sí, son tres apartamentos.

Yes, it's three apartments.

**MV1:** ¿Cuán… ¿Cuántos son en total más o menos?

Ho… how many are there in total, more or less?

**FV1:** Ah, bueno, el mío, el de mi nieta.

Ah, well, mine, my granddaughter's.

**MV1:** Dos.

Two.

**FV1:** Es uno, dos, tres.

It's one, two, three.

**MV1:** Okay, so son tres, y ¿Acá atrás es algo…

Okay, so there are three, and here in the back is theret something…

**FV1:** No, esa casa es la del… esa casa es el dueño de ahí, pero ya falleció.

No, that's the house of the… the house of the owner, but he passed away already.

**MV1:** ¿Ya falleció? Y ¿nadie

He passed away? And nobody else

| Spanish | English |
|---|---|
| está ahí ahorita? | is there right now? |
| **FV1:** No, no, la señora anda pa' México. | No, no, the wife is in Mexico. |
| **MV1:** Okay, y ¿Es la familia Clark, no? | Okay, and it's the Clark Family, no? |
| **FV1:** Sí, es la familia Clark. | Yes, it's the Clark Family. |
| **MV1:** Okay. | Okay. |
| **FV1:** Sí, bueno, el señor Clark ya falleció. | Yes, well, Mr. Clark passed away already. |
| **MV1:** Okay, sí, porque no… teníamos información de este carro y el… este carro se metió aquí, ahorita donde está, se metió como que viven aquí, por eso nomás le ando preguntando si… | Okay, yes, because no… we had information about this car and the… this car went in here, right now where it is, they went in here as if they lived here, that's why I'm just asking you if… |
| **FV1:** Mmm, no. | Mmm, no. |
| **MV1:** …si conoce el carro o algo, ¿No? | …you know the car or something, no? |
| **FV1:** Pa' qué le voy a decir. | Why am I going to tell you. |
| **MV1:** Okay, no, no, 'ta bien. | Okay, no, no, it's fine. |
| **FV1:** (inaudible) el… el… el hijo del señor Clark trae una que trabaja en FedEx, pero él trae una troquita que es del | (inaudible) the… the… Mr. Clark's son has one because he works in FedEx, but he has a little truck that is of the |

DAVILA & ASSOCIATES, INC.
4132 NORTH 23RD STREET
MCALLEN, TEXAS 78504

**MV1:** señor. — man.

**MV1:** Y… — And…

**FV1:** Pero él anda trabajando. — But he's working.

**MV1:** …el chofer lo tienen detenido, el chofer está todo tatuado, del… del cuello hasta las… los brazos. — …they had the driver is detained, the driver is all tattooed, from… from neck to the… the arms.

**FV1:** ¿De cuál? ¿De este carro? — Of which? Of this car?

**MV1:** De este carro, ahí lo tienen detenido en una… en… en una patrulla, ¿No… ¿No… ¿No conocido? — Of this car, they have him detained there in a… in… in a patrol car, no… no… you don't know him?

**FV1:** No. — No.

**MV1:** Okay, no, no, no, como le digo, yo creo, nomás que la querían despistar y se querían meter acá adentro. — Okay, no, no, no, like I'm telling you, I think, they just wanted to trick you and they wanted to get in here.

**FV1:** Y ese portón debe estar cerrado todo el tiempo, por aquí ponemos… ponemos privado porque en veces que cualquiera se mete. — And that gate should be closed all the time, over here we put… we put a private sign because sometimes anybody gets in.

**MV1:** Y es lo que pasó ahorita. — And that's what just happened.

**FV1:** Y es lo que pasó ahorita. — And that's what just happened.

**MV1:** Tienen un arma, so a… aquí — They have a gun, so h… we have

lo tenemos nosotros, nosotros, pero tienen un arma, quién sabe qué iban a hacer con ella, pero…

them here, we do, but they have a gun, who knows what they were going to do with it, but…

**FV1:** Pero ¿Quién le… ¿Quién traía este carro? Ah, no (inaudible)

But who… who had this car? Ah, no (inaudible)

**MV1:** Ya… ya está detenido.

He… he's already detained.

**FV1:** Ah, okay.

Ah, okay.

**MV1:** Lo andábamos persiguiendo.

We were chasing them.

**FV1:** Oh, okay.

Oh, okay.

**MV1:** Sí, so se metieron a…

Yes, so they went into…

**FV1:** Y ¿Está prendido?

And is it on?

**MV1:** Sí, se metieron acá co… a como que si vivi… vivían aquí.

Yes, they went in here as… as if they live… lived here.

**FV1:** No (inaudible)

No (inaudible)

**MV1:** Pero no, ¿Verda'? No, no, pos' no…

But no, right? No, no, well no…

**FV1:** No, porque pos' yo ahorita que salí, a como le digo, la casa de mi hija, este, no, dice que de quién es este carro, le digo que no lo conocemos.

No, because well right now that I went out, like I'm telling you, the house is my daughter's, well, no, she says I don't know whose car is this, I tell her we don't know them.

**FV2:** No, aquí no.

No, not here.

**MV1:** Sí, no nadie, ¿Verda'? No, no, no, como le digo ahori…

Yes, no nobody, right? No, no, like I'm telling you right no…

**FV2:** Yo creo llegó y se metió, como a veces dejamos el portón abierto, pero no.

I think he came and got in, because sometimes we leave the gate open, but no.

**MV1:** Ya ahorita se metió este carro, pero yo creo que lo hicieron pa' perdernos a nosotros.

Right now, this car got in, but I think that they did it to lose us.

**FV1:** Ah.

Ah.

**FV2:** Probably.

Probably.

**MV1:** Es lo que hicieron, yeah, so they did it to hide… to blend in.

It's what they did, yeah, so they did it to hide… to blend in.

**FV2:** Yeah, probably, 'cause it even has a…

Yeah, probably, 'cause it even has a…

**MV1:** Yeah, it… we…

Yeah, it… we…

**FV2:** Las placas they're not from here.

The plates they're not from here.

**FV1:** Tampico.

Tampico.

**MV1:** Yeah, they're…

Yeah, they're…

**FV2:** They're all o… they're all grandes, they're all seniors.

They're all o… they're all old, they're all seniors.

**MV1:** Okay.

Okay.

**FV2:** It's just… basically it's

It's just… basically it's just

just me the youngest here, pero me the youngest here, but in atrás es del landlord… landlord the back it's the landlord… she's…                      landlord she's…

**FV1:** El señor.                The man.

**FV2:** 60, 65, el señor aquí anda 60, 65, the man is here he's afuera, un viejito.              outside, an old guy.

**FV1:** No, no anda ahí.          No, he's not here.

**FV2:** Vive a la vue… aquí        He lives arou… here in the atrasito, and then it's me and  back, and then it's me and another, uh…                    another, uh…

**FV1:** Es ella, yo…             It's here, me…

**FV2:** …older lady.              …older lady.

**MV1:** Okay.                     Okay.

**FV1:** Es ella y luego una        It's her and then a lady. muchacha.

**FV2:** So, there's no young men,  So, there's no young men, no no nothing.                    nothing.

**MV1:** No, these guys are like on No, these guys are like on their 20s, early 20s.           their 20s, early 20s.

**FV2:** No.                       No.

**FV1:** Ah, no.                   Ah, no.

**MV1:** No?                       No?

**FV2:** No.                       No.

**MV1:** No, no, okay.             No, no, okay.

**FV2:** No young men, nadien.      No young men, nobody.

**MV1:** ¿Nadien?                    Nobody?

**FV2:** Everybody is over 30, 40.    Everybody is over 30, 40.

**FV1:** La única jovencita es mi    The only young one is my
nieta.                              granddaughter.

**FV2:** I'm 28.                      I'm 28.

**MV1:** Okay, okay.                  Okay, okay.

**FV2:** And I have three, four      And I have three, four kids.
kids.

**MV1:** Okay.                        Okay.

**FV2:** Pero they're… todos son     But they're… they're all older
señoras.                            ladies.

**MV1:** They're all… okay, no, no,  They're all… okay, no, no,
don't worry, yeah, it's just we     don't worry, yeah, it's just we
wanted to make sure 'cause.         wanted to make sure 'cause.

**FV1:** Okay.                        Okay.

**MV1:** Why did it pull into here   Why did it pull into here but
pero no, we- that's all.            no, we- that's all.

**FV1:** Okay.                        Okay.

**FV2:** No, y es lo que… that's     No, and it's what… that's why I
why I came, 'cause I was like       came, 'cause I was like no, and
no, y the landlord is not here.     the landlord is not here.

**FV1:** Y siempre cerramos esta     And we always close this gate.
puerta.

**FV2:** So…                          So…

**FV1:** Todo el tiempo.              All the time.

**MV5:** (inaudible)                    (inaudible)

**MV1:** Todo el tiempo.              All the time.

**FV2:** Okay, pídelo, papí,          Okay, ask for it, daddy (inaudible) papí.                 (inaudible) daddy.

**MV1:** Pero no, no, como le digo,   But no, no, like I'm telling nada más para preguntar, eso es  you, just to ask, that's all it todo lo que era.                was.

**FV1:** Okay.                        Okay.

**FV2:** Sí, okay.                    Yes, okay.

**FV1:** Okay.                        Okay.

**MV1:** Thank you, okay, thank       Thank you, okay, thank you. you.

**MV6:** (inaudible) cosas de         (inaudible) things of value, valor, celulares, (inaudible)    cellphones (inaudible) wallets, carteras, diamantes algo así?    diamonds, something like that?

**MV3:** No.                          No.

**MV6:** Porque comoquiera vamos a    Because we're going to check revisar el coche, vamos a hacer  the car anyway, we're going to la (inaudible) una lista         do the (inaudible) a list (inaudible) para… ¿Qué?         (inaudible) for… what?

**MV3:** No, no tengo (inaudible)     No, I don't have (inaudible)

**MV6:** ¿No tienes nada? ¿Seguro?    You don't have anything? Are ¿En la cajuela?                  you sure? In the trunk?

**MV3:** (inaudible)                  (inaudible)

**MV6:** ¿Quieres que la abra?        Do you want me to open it?

**MV3:** O sea, propiedad tengo ropa mía, es del trabajo, pero (inaudible) uhm, yeah (inaudible)

I mean, property I have my clothes, it's for work, but (inaudible) uhm, yeah (inaudible)

**MV6:** Pop… pop the trunk.

Pop… pop the trunk.

**MV3:** (inaudible)

(inaudible)

**MV6:** Okay, (inaudible) pop the trunk, ¿Okay?

Okay, (inaudible) pop the trunk, ¿Okay?

**MV3:** No.

No.

**MV6:** ¿Nada?

Nothing?

**MV3:** No, nomás mi ropa.

No, just my clothes.

**MV4:** (inaudible) so we can transport it back (inaudible)

(inaudible) so we can transport it back (inaudible)

**MV7:** If somebody goes with him on the back, yes.

If somebody goes with him on the back, yes.

**MV4:** Okay.

Okay.

**MV7:** Yes.

Yes.

**MV1:** No 43 in the vehicle.

No 43 in the vehicle.

**MV7:** We got… we got three units.

We got… we got three units.

**MV6:** (inaudible) get him (inaudible) take it.

(inaudible) get him (inaudible) take it.

**MV4:** You want to transport one is back to the office so you can drop them off.

You want to transport one is back to the office so you can drop them off.

**MV6:** Sí.                         Yes.

**MV4:** Transport them back to the Transport them back to the office and then just drop 'em office and then just drop 'em off and then we'll drive the off and then we'll drive the car back.                       car back.

**MV6:** (inaudible)               (inaudible)

**MV8:** Hey, give me (inaudible)  Hey, give me (inaudible)

**MV4:** Over there.               Over there.

**MV6:** (inaudible)               (inaudible)

**MV4:** He's not answering.       He's not answering.

**MV6:** He's not answering        He's not answering (inaudible) (inaudible)

**MV1:** They… they had detained   They… they had detained the… the… the female.                the female.

**MV8:** They did (inaudible)       They did (inaudible)

**MV1:** The… the tall (inaudible) The… the tall (inaudible) and and the chick, yeah, they         the chick, yeah, they detained detained the female.            the female.

**MV4:** Okay, where's… where's    Okay, where's… where's the… the… where's the…                  where's the…

**MV7:** Okay.                      Okay.

**MV1:** She was going to get rowdy She was going to get rowdy (inaudible) and when I pulled    (inaudible) and when I pulled up close, and then yeah, she    up close, and then yeah, she kinda slow, so that's why I      kinda slow, so that's why I

14

heard you guys and I still came back.

**MV7:** Uh, you're taking (inaudible) where's the other guy?

**MV8:** They're both on (inaudible)

**MV6:** On the unit, and there was like one (inaudible)

**MV8:** And… no, Chris is going to drive the car back to ATF.

**MV6:** Okay.

**MV8:** We'll decide whether to seize it or not.

**MV6:** Yeah.

**MV4:** (inaudible) the back seat?

**MV6:** Oh.

**MV1:** I… I took out the magazine, it's empty, just to… just in case.

**MV6:** Take… put… bring it (inaudible) can you bring it over here?

**MV1:** Yeah… This is the information of the car and his work ID,

work ID, just in case.

**MV6:** Okay, thank you (inaudible) I heard you guys… yeah (inaudible) earlier.

**MV9:** Did it come in a box or it just came like that?

**MV1:** They had it covered with a piece of shirt.

**MV9:** Uh-huh.

**MV1:** Like a little bit of clothing, but it's… it's empty, I'll, I'll, I'll rack it just in case.

**MV9:** Okay.

**MV1:** Yeah, it's empty.

**MV9:** All right.

**MV1:** They didn't give anything in the magazine, which is good. Just down here?

**MV9:** Yeah, (inaudible) thank you.

**MV1:** You're welcome.

**MV7:** To, uh, Walter Plaza 5800 (inaudible)

**MV1:** Ma… Mann Road.

just in case.

Okay, thank you (inaudible) I heard you guys… yeah (inaudible) earlier.

Did it come in a box or it just came like that?

They had it covered with a piece of shirt.

Uh-huh.

Like a little bit of clothing, but it's… it's empty, I'll, I'll rack it just in case.

Okay.

Yeah, it's empty.

All right.

They didn't give anything in the magazine, which is good. Just down here?

Yeah, (inaudible) thank you.

You're welcome.

To, uh, Walter Plaza 5800 (inaudible)

Ma… Mann Road.

DAVILA & ASSOCIATES, INC.
4132 NORTH 23RD STREET
MCALLEN, TEXAS 78504

16

**MV6:** (inaudible) on Walter.

**MV4:** (inaudible) where y'all park there?

**MV7:** Uh, nomás parate en mero en frente, ahí en la… en la fire lane.

**MV1:** Main doors?

**MV7:** Este, all the way (inaudible)

**MV1:** You're good? (inaudible) pos' yeah, they're going to drive it, right? So, we're good.

**MV7:** Sí, noma… who did the 48, you right?

**MV1:** Yeah.

**MV7:** (inaudible) and did you have any (inaudible)

**MV1:** The thing I could get him for is just the 100-feet signaling, that's it.

**MV7:** Okay.

**MV1:** That's the only thing I can get him for, the 100 feet.

**MV7:** Make sure… can you go over

there and (inaudible) a citation over there?

**MV1:** Yeah, well…

**MV7:** ¿Porque ya se lo llevaron, right?

**MV1:** I think so, I… we… I'll get his 43 over there.

**MV7:** Okay (inaudible)

**MV1:** Okay, you want me to run 'em on one once we have him?

**MV7:** (inaudible)

**MV1:** Just to see, yeah?

**MV7:** Yeah.

**MV1:** Okay.

**END OF RECORDING**

there and (inaudible) a citation over there?

Yeah, well…

Because they already took him, right?

I think so, I… we… I'll get his 43 over there.

Okay (inaudible)

Okay, you want me to run 'em on one once we have him?

(inaudible)

Just to see, yeah?

Yeah.

Okay.

DAVILA & ASSOCIATES, INC.
4132 NORTH 23RD STREET
MCALLEN, TEXAS 78504