

**GOVERNMENT EXHIBIT**

**EX-15**

24-CR-439