

GOVERNMENT
EXHIBIT
**EX-16**
24-CR-439

RADICAL FIREARMS, LLC.
STAFFORD, TX USA

MODEL: RF-15
CALIBER: MULTI
SERIAL: 2-001849