## LAREDO POLICE DEPARTMENT
### CITATION #: C0018092

Violation Date and Time: 04/02/2024 at 16:11

County: WEBB

Unit #1676

### VIOLATOR

| LAST NAME | FIRST | MIDDLE |
|---|---|---|
| TOVAR | MARIO | ALBERTO |

| RESIDENCE ADDRESS | PHONE |
|---|---|
| ███████████████ | NA |

| CITY | STATE | ZIP CODE |
|---|---|---|
| ███████ | ██ | ████ |

| DRIVER LICENSE NUMBER | DL CLASS | DL STATE | CDL |
|---|---|---|---|
| █████████ | ID | TX | No |

| DOB | SEX | RACE | HEIGHT | WEIGHT | EYE | HAIR |
|---|---|---|---|---|---|---|
| ████ | ██ | | ████ | ████ | ██ | ██ |

### EMPLOYER INFORMATION

| PARENT / EMPLOYER |
|---|
| |

| ADDRESS | PHONE |
|---|---|
| | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| | TX | |

### VEHICLE INFORMATION

| LICENSE PLATE | STATE | REG. EXP. | COLOR |
|---|---|---|---|
| ████ | ██ | | ████ |

| MAKE | MODEL | TYPE |
|---|---|---|
| █████ | █████ | PASSENGER VEH |

| VIN | YEAR | CMV | HAZMAT |
|---|---|---|---|
| ████████ | ███ | No | No |

| TRAILER PLATE | TRAILER STATE | PLACARD # | DOT # |
|---|---|---|---|
| | TA | | |

### LOCATION

400 DAVIS AVE
AT LINCOLN ST

Direction of Travel: S

### VIOLATION(S)

1) CITATION : FAILED TO SIGNAL REQUIRED DISTANCE BEFORE TURNING

2) CITATION : NO DRIVER'S LICENSE (WHEN UNLICENSED)

| SPEED (MPH) | POSTED SPEED (MPH) | | CASE NO. |
|---|---|---|---|
| | | | |

| CONSTR. ZONE | WORKERS PRESENT | SCHOOL ZONE | ACCIDENT |
|---|---|---|---|
| No | No | No | No |

| KNEW RACE | SEARCH | | CONTRABAND |
|---|---|---|---|
| No | PROBABLE CAUSE | | W |

| ATTEMPTED AND UNABLE TO VERIFY FINANCIAL RESPONSIBILITY |
|---|
| NA |

### OFFICER INFORMATION

J. GARZA 1222

SECOND OFFICER/BADGE

### COURT INFORMATION

Mailing Address:

CITY OF LAREDO MUNICIPAL COURT
4810 Maher Ave
Laredo, Texas 78041
(956) 794-1690