GOVERNMENT
EXHIBIT
**EX-19**
24-CR-439

U S Department of Justice

Advice of Rights and Waiver

## Statement of Rights

A.P • You have the right to remain silent.

A.P • Anything you say can be used against you in court.

A.P • You have the right to talk to a lawyer before we ask you any questions and to have a lawyer with you during questioning.

A.P • If you cannot afford a lawyer, one will be appointed for you if you wish before any questioning begins.

A.P • If you decide to answer any questions now without a lawyer present, you have the right to stop answering at any time.

## Waiver

I have read this statement of my rights or it has been read to me, and I understand these rights. At this time I am willing to answer questions without a lawyer present. No promises or threats have been made to me, and no pressure or force of any kind has been used against me.

Signature:

Printed Name: Angela Ponce

Witness Signature: Mark Jensen

Printed Name: Mark Jensen   HSI SA

Date/Time: 4/2/24   1705

Note: Previous Editions Are Obsolete

ATF E-Form 3200 4
Revised September 2004