20. Audio – Ponce Interview