TRANSCRIPTION AND TRANSLATION


OF INTERVIEW OF


ANGELA RUBY PONCE ON APRIL 2ND, 2024.

1

**TRANSCRIPTION**                    **TRANSLATION**

**S. A. ALMARAZ:** April 2nd, 2024, time is 4:55 (inaudible) ATF Special Agent Priscilla Almaraz (inaudible) (inaudible)

April 2nd, 2024, time is 4:55 (inaudible) ATF Special Agent Priscilla Almaraz (inaudible)

**S. A. JENSEN:** Mark Jensen.

Mark Jensen.

**S. A. ALMARAZ:** Special Agent?

Special Agent?

**S. A. JENSEN:** Yeah, Special Agent.

Yeah, Special Agent.

**S. A. ALMARAZ:** All right, so you already know kind of why you're here, right?

All right, so you already know kind of why you're here, right?

**A. PONCE:** Mmm, el (inaudible)

Mmm, the (inaudible)

**S. A. ALMARAZ:** Something like that, ah, do you speak English?

Something like that, ah, do you speak English?

**A. PONCE:** Both.

Both.

**S. A. ALMARAZ:** Both, what do you prefer? English?

Both, what do you prefer? English?

**A. PONCE:** Spanish.

Spanish.

**S. A. ALMARAZ:** You prefer Spanish?

You prefer Spanish?

**A. PONCE:** Yeah.

Yeah.

**S. A. ALMARAZ:** But you understand English?

But you understand English?

**A. PONCE:** Yeah.

Yeah.

DAVILA & ASSOCIATES, INC.
4132 NORTH 23RD STREET
MCALLEN, TEXAS 78504

**S. A. ALMARAZ:** Okay. Well, before we get started you can call me Priscilla, okay? At any time, and this is Mark. So, before we ask you anything else first, we're going to start with your name, stuff like that, okay? So, your full name?

**A. PONCE:** Angela Ponce, Angela Ruby Ponce.

**S. A. ALMARAZ:** Angela Ruby Ponce, your date of birth?

**A. PONCE:** 11/29/05.

**S. A. ALMARAZ:** '05?

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** Address?

**A. PONCE:** It's 'cause… 'cause I can't give you a specific…

**S. A. ALMARAZ:** You don't know it? Oh, thank you.

**A. PONCE:** (inaudible)

**S. A. ALMARAZ:** What?

**A. PONCE:** Is that… es toda la information de (inaudible)) ¿Verda'?

**S. A. ALMARAZ:** Well…

**A. PONCE:** Sí.

**S. A. ALMARAZ:** I mean, I'm going to be…

**A. PONCE:** (inaudible)

**S. A. ALMARAZ:** …I'm going to be honest with you, okay? I… I know a lot more than you think, okay? I already know…

**A. PONCE:** No, pos' it's 'cause I don't know (inaudible)…

**S. A. ALMARAZ:** Let me just say it like this, everything I ask you I already know the answer, this is basically a game of "are you going to tell the truth," and the more truthful you are the better it is for you. Uhm, and also, I'm going to be honest with you, right? Your friends, they're like… we haven't even asked them anything and they've already said a whole bunch of stuff that we didn't already know, so

4

| | |
|---|---|
| we haven't even talked to them yet. But your first, obviously, so you're first one up to that, so whatever you say is going to be important, just keep in mind that whatever you say is going to… is to help you, you need to keep in mind you need to keep yourself. | to them yet. But your first, obviously, so you're first one up to that, so whatever you say is going to be important, just keep in mind that whatever you say is going to… is to help you, you need to keep in mind you need to keep yourself. |
| **A. PONCE:** Yeah, I mean, I'd rather help myself than them. | Yeah, I mean, I'd rather help myself than them. |
| **S. A. ALMARAZ:** Than to help them, obviously. | Than to help them, obviously. |
| **A. PONCE:** Mhm. | Mhm. |
| **S. A. ALMARAZ:** Uhm, so okay, what did you say address? You don't remember? | Uhm, so okay, what did you say address? You don't remember? |
| **A. PONCE:** No, pos' it's 'cause I don't have a specific one. | No, well, it's 'cause I don't have a specific one. |
| **S. A. ALMARAZ:** You don't have a specific one? | You don't have a specific one? |
| **A. PONCE:** Mm-mm. | Mm-mm. |
| **S. A. ALMARAZ:** But you live over there? | But you live over there? |
| **A. PONCE:** Mexico, in Mexico. | Mexico, in Mexico. |

5

**S. A. ALMARAZ:** You live in Mexico, how long have you lived there?

**A. PONCE:** Uhm, since diciembre.

**S. A. ALMARAZ:** Since December?

**A. PONCE:** Yes.

**S. A. ALMARAZ:** And before December where were you…

**A. PONCE:** Austin.

**S. A. ALMARAZ:** So, you remember the address in Austin?

**A. PONCE:** Yes, it's 54 (inaudible) N Mays Street.

**S. A. ALMARAZ:** ¿Cómo?

**A. PONCE:** N Mays Street.

**S. A. ALMARAZ:** Spell it.

**A. PONCE:** N.

**S. A. ALMARAZ:** M?

**A. PONCE:** N.

**S. A. ALMARAZ:** N.

**A. PONCE:** Mays, M~A~Y~S.

**S. A. ALMARAZ:** M~Y…

**A. PONCE:** M~A~Y~S.

**S. A. ALMARAZ:** M~A~Y…

**A. PONCE:** Street.

**S. A. ALMARAZ:** You live in Mexico, how long have you lived there?

**A. PONCE:** Uhm, since December.

**S. A. ALMARAZ:** Since December?

**A. PONCE:** Yes.

**S. A. ALMARAZ:** And before December where were you…

**A. PONCE:** Austin.

**S. A. ALMARAZ:** So, you remember the address in Austin?

**A. PONCE:** Yes, it's 54 (inaudible) N Mays Street.

**S. A. ALMARAZ:** What?

**A. PONCE:** N Mays Street.

**S. A. ALMARAZ:** Spell it.

**A. PONCE:** N.

**S. A. ALMARAZ:** M?

**A. PONCE:** N.

**S. A. ALMARAZ:** N.

**A. PONCE:** Mays, M~A~Y~S.

**S. A. ALMARAZ:** M~Y…

**A. PONCE:** M~A~Y~S.

**S. A. ALMARAZ:** M~A~Y…

**A. PONCE:** Street.

DAVILA & ASSOCIATES, INC.
4132 NORTH 23RD STREET
MCALLEN, TEXAS 78504

**S. A. ALMARAZ:** Like North Mays?

**A. PONCE:** Yeah, North Mays.

**S. A. ALMARAZ:** North Mays Street, and the Zip Code there?

**A. PONCE:** Yeah.

**S. A. ALMARAZ:** What… what…

**A. PONCE:** Tarrant County.

**S. A. ALMARAZ:** What's the Zip Code?

**A. PONCE:** Uh 78626, I think.

**S. A. ALMARAZ:** 626, how long did you live there?

**A. PONCE:** For a year and a half.

**S. A. ALMARAZ:** A year and a half, okay. Did you live there like with a spouse? Your parents? Your kids?

**A. PONCE:** Parents.

**S. A. ALMARAZ:** Your parents?

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** Do they live there still?

**A. PONCE:** Yes, (inaudible)

**S. A. ALMARAZ:** They still live there?

there?

**A. PONCE:** Yeah.                    Yeah.

**S. A. ALMARAZ:** And your parents  And your parents names?
names?

**A. PONCE:** It's Wendy.              It's Wendy.

**S. A. ALMARAZ:** Wendy, is that    Wendy, is that the tattoo?
the tattoo?

**A. PONCE:** Yeah.                    Yeah.

**S. A. ALMARAZ:** Why did you get   Why did you get it tattooed?
it tattooed?

**A. PONCE:** (inaudible)              (inaudible)

**S. A. ALMARAZ:** You love your     You love your mom that much
mom that much that you put it     that you put it on your face?
on your face?

**A. PONCE:** I mean, it was my        I mean, it was my first tattoo
first tattoo también, so.         too, so.

**S. A. ALMARAZ:** Oh, okay. Wendy   Oh, okay. Wendy last name?
last name?

**A. PONCE:** Gonzalez.                Gonzalez.

**S. A. ALMARAZ:** Gonzalez. How     Gonzalez. How old is your mom?
old is your mom?

**A. PONCE:** No… no sé.               No… I don't know.

**S. A. ALMARAZ:** You don't know    You don't know how old is your
how old is your mom?              mom?

**A. PONCE:** I don't know how old.  I don't know how old.

8

**S. A. ALMARAZ:** How… wait, how old are you?

**A. PONCE:** Like 30 something, eh, 18.

**S. A. ALMARAZ:** You're 18?

**A. PONCE:** Yeah.

**S. A. ALMARAZ:** Okay, what school did you go to?

**A. PONCE:** United North.

**S. A. ALMARAZ:** United North? Do you have a phone number?

**A. PONCE:** 956-643-9583.

**S. A. ALMARAZ:** 643-9583, okay. Uhm, so your mom… your mom and dad are still together?

**A. PONCE:** No.

**S. A. ALMARAZ:** No?

**A. PONCE:** Since I was… I mean, or before.

**S. A. ALMARAZ:** Oh.

**A. PONCE:** So, ya tienen mucho.

**S. A. ALMARAZ:** Okay, so who di… it was just you and your mom? Or stepdad?

**A. PONCE:** No, my mom and my…

**S. A. ALMARAZ:** Stepdad?

**A. PONCE:** Stepdad.

**S. A. ALMARAZ:** What's your stepdad's name?

**A. PONCE:** Luis Moreno.

**S. A. ALMARAZ:** Moreno. Okay, do you have any more, uhm, what do you call those questions?

**S. A. JENSEN:** No, not really.

**S. A. ALMARAZ:** Okay. Uhm, so you've lived in Mexico since December, and the address on your ID?

**A. PONCE:** Same one.

**S. A. ALMARAZ:** It's the same one?

**A. PONCE:** Same one.

**S. A. ALMARAZ:** What is it?

**A. PONCE:** 5401 Amy Street.

**S. A. ALMARAZ:** Okay. It's not the same one, you're 18, you know you're super young.

**A. PONCE:** Yes, ma'am.

**S. A. ALMARAZ:** Like, you're super young for the federal government to be

10

government to be involved in your life. Uhm, so let's get down to the good stuff, I have to read you your rights. I'm gonna read your rights, and when we're done you're gonna initial, putting your initials here means that you understand what that statement means, okay? So, you have the right to remain silent. Anything you say can be used against you in court. You have the right to talk to a lawyer before we ask you any questions, and to have a lawyer with you during questioning. You… if you cannot afford a lawyer, one will be appointed for you if you wish to begin the… if you wish before any questioning begins. If you decide to answer any questions now without a lawyer present, you have the right to stop answering at any time. Did

involved in your life. Uhm, so let's get down to the good stuff, I have to read you your rights. I'm gonna read your rights, and when we're done you're gonna initial, putting your initials here means that you understand what that statement means, okay? So, you have the right to remain silent. Anything you say can be used against you in court. You have the right to talk to a lawyer before we ask you any questions, and to have a lawyer with you during questioning. You… if you cannot afford a lawyer, one will be appointed for you if you wish to begin the… if you wish before any questioning begins. If you decide to answer any questions now without a lawyer present, you have the right to stop answering at any time. Did you

you understand all that? Yeah? Can you put your initials there? Okay, so this next statement, this is a waiver of your rights, okay? I'm gonna read it to you, and if you wanna take the time and read it by yourself, you can do that. And once you… if you agree to that, you're gonna sign print your name, okay?

**A. PONCE:** If I agree?

**S. A. ALMARAZ:** Yeah, I'm gonna… I'm gonna read it to you. So, it says: I have read the statement of my rights, or it has been read to me, and I understand these rights. At this time, I'm willing to answer questions without a lawyer present. No promises or threats have been made to me, and no pressure or force of any kind has been used against me.

**A. PONCE:** Mhm.

understand all that? Yeah? Can you put your initials there? Okay, so this next statement, this is a waiver of your rights, okay? I'm gonna read it to you, and if you wanna take the time and read it by yourself, you can do that. And once you… if you agree to that, you're gonna sign print your name, okay?

If I agree?

Yeah, I'm gonna… I'm gonna read it to you. So, it says: I have read the statement of my rights, or it has been read to me, and I understand these rights. At this time, I'm willing to answer questions without a lawyer present. No promises or threats have been made to me, and no pressure or force of any kind has been used against me.

Mhm.

**S. A. ALMARAZ:** So, if you wanna take time to read it, you can read it on your own, before you (inaudible) you sign.

**A. PONCE:** Okay, do I have to sign?

**S. A. ALMARAZ:** If you agree to it…

**A. PONCE:** Porque…

**S. A. ALMARAZ:** Okay, so like…

**A. PONCE:** No pos' (inaudible) uhm, pressure pos' ahorita me estaban agarrando feo, 'tonces…

**S. A. ALMARAZ:** Okay, so this I'm gonna explain it to you. This is a waiver of these rights to you, right?

**A. PONCE:** Sí, sí, sí.

**S. A. ALMARAZ:** Okay, so if you agree to waive these rights, then you sign, okay? If you don't agree to waive.

**A. PONCE:** Pero dice no promises or threats have been made to

---

**S. A. ALMARAZ:** So, if you wanna take time to read it, you can read it on your own, before you (inaudible) you sign.

**A. PONCE:** Okay, do I have to sign?

**S. A. ALMARAZ:** If you agree to it…

**A. PONCE:** Because…

**S. A. ALMARAZ:** Okay, so like…

**A. PONCE:** No, well (inaudible) uhm, pressure, well, right now they were grabbing me in a bad way, so…

**S. A. ALMARAZ:** Okay, so this I'm gonna explain it to you. This is a waiver of these rights to you, right?

**A. PONCE:** Yes, yes, yes.

**S. A. ALMARAZ:** Okay, so if you agree to waive these rights, then you sign, okay? If you don't agree to waive.

**A. PONCE:** But it says no promises or threats have been made to me,

13

me, and no pressure or force of any kind.

**S. A. ALMARAZ:** Right, so I haven't promised you anything.

**S. A. JENSEN:** This is about talking to us, so it's basically if you wanna talk to us or not.

**A. PONCE:** I mean I can talk to you (inaudible)

**S. A. ALMARAZ:** Okay if you do wanna talk to us, then you sign and print your name. If you don't wanna talk to us, then you don't sign and you don't print your name.

**S. A. JENSEN:** But you can stop talking whenever you want anyway.

**A. PONCE:** ¿Qué nomás pongo Angela Ponce?

**S. A. ALMARAZ:** Correct, yeah… (inaudible)

**S. A. JENSEN:** Yeah.

**S. A. ALMARAZ:** All right

and no pressure or force of any kind.

Right, so I haven't promised you anything.

This is about talking to us, so it's basically if you wanna talk to us or not.

I mean I can talk to you (inaudible)

Okay if you do wanna talk to us, then you sign and print your name. If you don't wanna talk to us, then you don't sign and you don't print your name.

But you can stop talking whenever you want anyway.

What do I just put Angela Ponce?

Correct, yeah… (inaudible)

Yeah.

All right Angela, do you have a

14

Angela, do you have a nickname, anything you want me to call you? Angela, Ruby, right? You had said your name was Ruby?

nickname, anything you want me to call you? Angela, Ruby, right? You had said your name was Ruby?

**A. PONCE:** No, Angela is better for me.

No, Angela is better for me.

**S. A. ALMARAZ:** Angela?

Angela?

**A. PONCE:** Yes.

Yes.

**S. A. ALMARAZ:** All right, cool. All right, well let's get started, You know why you're here?

All right, cool. All right, well let's get started, You know why you're here?

**A. PONCE:** No pos' es que necesito que me digan pa' saber.

No, well, I need you to tell me to know.

**S. A. ALMARAZ:** Do you have any idea why you're here?

Do you have any idea why you're here?

**A. PONCE:** Me imagino que es lo de Bufalo, right? La arma.

I imagine that it's about Bufalo, right? The weapon.

**S. A. ALMARAZ:** Yeah, so you know what ATF is?

Yeah, so you know what ATF is?

**A. PONCE:** No…

No…

**S. A. ALMARAZ:** ATF is the Bureau of Alcohol, Tobacco, Firearms, and Explosives. Do

ATF is the Bureau of Alcohol, Tobacco, Firearms, and Explosives. Do you know more or

15

you know more or less what that is? Okay, Uhm this is the way I explain it to little kids, so I hope you understand it. Uhm, do you know who the FBI is?

**A. PONCE:** (inaudible)

**S. A. ALMARAZ:** Do you know the DEA?

**A. PONCE:** (inaudible)

**S. A. ALMARAZ:** No? The Drug Enforcement, no?

**A. PONCE:** Never heard of it.

**S. A. ALMARAZ:** No? Okay, how about secret service?

**A. PONCE:** Menos.

**S. A. ALMARAZ:** Okay, FBI, you know what FBI is.

**A. PONCE:** Yes.

**S. A. ALMARAZ:** Okay, so we are like the FBI for guns, and he is like the FBI for a whole bunch of stuff.

**S. A. JENSEN:** Yeah.

**S. A. ALMARAZ:** Okay? Uhm, but yes, primarily you're here

less what that is? Okay, Uhm this is the way I explain it to little kids, so I hope you understand it. Uhm, do you know who the FBI is?

(inaudible)

Do you know the DEA?

(inaudible)

No? The Drug Enforcement, no?

Never heard of it.

No? Okay, how about secret service?

Less.

Okay, FBI, you know what FBI is.

Yes.

Okay, so we are like the FBI for guns, and he is like the FBI for a whole bunch of stuff.

Yeah.

Okay? Uhm, but yes, primarily you're here because of the gun

16

because of the gun that you — that you bought.

**A. PONCE:** Mhm.                Mhm.

**S. A. ALMARAZ:** Is there       Is there anything you wanna
anything you wanna tell me        tell me about it?
about it?

**A. PONCE:** Pos', like ¿Cómo?   Well, like what?

**S. A. ALMARAZ:** Okay, why did   Okay, why did you buy a gun?
you buy a gun?

**A. PONCE:** Okay, so the gun, the   Okay, so the gun, the 556, it
556, it was for my boyfriend,      was for my boyfriend, bueno,
bueno, disque boyfriend.           supposedly boyfriend.

**S. A. ALMARAZ:** Okay.          Okay.

**A. PONCE:** And… well, they gave   And… well, they gave me the
me the money, ¿Verda'? The         money, right? The guys.
guys.

**S. A. ALMARAZ:** Your boyfriend?   Your boyfriend?

**A. PONCE:** No, no, no, no, no,   No, no, no, no, no, no, 'cause
no, 'cause it was gonna be a        it was gonna be a surprise, no.
surprise, no.

**S. A. ALMARAZ:** Okay.          Okay.

**A. PONCE:** So, the guys me       So, the guys I imagine that
imagino que ellos cargan,           they carry, right? Well, they
right? Bueno pos' they gave me,     gave me and they… it was like a
and they… era como un préstamo,     loan, do you understand me?

¿Me entiende?

**S. A. ALMARAZ:** A loan?                    A loan?

**A. PONCE:** Sí, ándale un préstamo. 'tonces yo se los iba a ir pagando por meses, y ya pos' ellos me dieron el dinero y yo pos' compré el arma, y me dijeron no, pos' que you're going to have to wait pos' 10 days y a ver si te la aceptan y así, ¿Verda'? Y yo pos' pensé que no me la iban a aceptar, pos' dije: "ah, no, pos' nomás regresa el dinero," ¿Verda'?

Yes, like a loan. So, I was going to pay them back monthly, and well they gave me the money and well I bought the gun, and they told me no, well that you're going to have to wait well 10 days, and let's see if they accept it and like that, right? And well I thought that I was not going to be accepted, well I said: "ah, no, well just give me back my money", right?

**S. A. ALMARAZ:** Okay.                    Okay.

**A. PONCE:** Entonces ¿Cuándo fue, la última semana? Sí la última semana me habló el muchacho de Bufalo y me dijo que 'ta bueno que sí me la habían aceptado, yo digo.

So, when was it, last week? Yes, last week the guy from Bufalo called me and told me that that was fine, thatthey had accepted me, I say.

**S. A. ALMARAZ:** Okay.                    Okay.

**A. PONCE:** Que nomás fuera a firmar y ya.

That I just needed to go sign and that was it.

**S. A. ALMARAZ:** Okay.                    Okay.

18

**A. PONCE:** Y es todo, (inaudible) (inaudible)

And that's it (inaudible)

**S. A. ALMARAZ:** So… Okay let me… let me back let me back up, you paid when you got there? Like, you paid for the gun?

So… Okay let me… let me back up, you paid when you got there? Like, you paid for the gun?

**A. PONCE:** Sí.

Yes.

**S. A. ALMARAZ:** You… you had already paid for it?

You… you had already paid for it?

**A. PONCE:** Sí.

Yes.

**S. A. ALMARAZ:** Okay, so it's already been paid for?

Okay, so it's already been paid for?

**A. PONCE:** Sí ya 'ta… sí, ya está.

Yes, it's already… yes, it's already…

**S. A. ALMARAZ:** When you say your boyfriend, what's your boyfriend's name?

When you say your boyfriend, what's your boyfriend's name?

**A. PONCE:** José Treviño.

José Treviño.

**S. A. ALMARAZ:** José Treviño.

José Treviño.

**A. PONCE:** Yes.

Yes.

**S. A. ALMARAZ:** Does he have a middle name?

Does he have a middle name?

**A. PONCE:** No.

No.

**S. A. ALMARAZ:** No?

No?

**A. PONCE:** No.

No.

**S. A. ALMARAZ:** Is he a junior, a senior, the I?

**A. PONCE:** No, he's 19.

**S. A. ALMARAZ:** He's 19?

**A. PONCE:** Sí.

**S. A. ALMARAZ:** Okay, did he ask for a gun?

**A. PONCE:** No, it was a surprise.

**S. A. ALMARAZ:** It was a surprise, when is his, like (inaudible)

**A. PONCE:** Su birthday ya pasó.

**S. A. ALMARAZ:** Oh, okay.

**A. PONCE:** Porque disque me le iban a dar antes, ¿Verdad? Que hoy, y no, que me dijeron que tenía que esperar más que porque no la habían aceptado todavía.

**S. A. ALMARAZ:** Oh, okay, when was his birthday?

**A. PONCE:** El… ah, ¿Cuándo la compré? El 14 la compré, el 15.

---

Is he a junior, a senior, the I?

No, he's 19.

He's 19?

Yes.

Okay, did he ask for a gun?

No, it was a surprise.

It was a surprise, when is his, like (inaudible)

His birthday already passed.

Oh, okay.

Because supposedly they were going to give it to me before, right? Then today, and no, that they told me that I had to wait more because they hadn't accepted it yet.

Oh, okay, when was his birthday?

The… ah, when did I bought it? I bought it on the 14th, the 15th.

**S. A. ALMARAZ:** So…                          So…

**A. PONCE:** Sí, era así, como… es que mira, yo pensé que me la iban a dar ese mismo día, ¿Verda'? Pero luego me dijeron no, que por… porque tú eres… tienes 18…

Yes, it was like that, like… it's because look, I thought that they were going to give it to me that same day, right? But then they told me no, that be… because you are… you are 18…

**S. A. ALMARAZ:** Yeah.                        Yeah.

**A. PONCE:** …te vas a tener que esperar a que te acepten eso.

…you're going to have to wait for that to be accepted.

**S. A. ALMARAZ:** Okay.                        Okay.

**A. PONCE:** So, yo por eso también ese mismo día le dije… le dije, o sea, si me podían regresar el dinero, dijeron no, es que ya mandamos todo y demás, me dijeron no te podemos regresar el dinero.

So, that's why on that same day I told him… I told him, I mean, that if they could give me the money back, and they said no, it's because we already sent everything and all that, they told me we can't give the money back to you .

**S. A. ALMARAZ:** Okay, that's weird, I didn't know you paid for it first, before the transfer.

Okay, that's weird, I didn't know you paid for it first, before the transfer.

**A. PONCE:** Mhm.                              Mhm.

**S. A. JENSEN:** Yeah, and you had       Yeah, and you had to come back,

**to come back, right?** right?

**A. PONCE:** ¿Mande? Excuse me?

**S. A. JENSEN:** They made you wait? They made you wait?

**A. PONCE:** ¿Cómo? What?

**S. A. JENSEN:** They made you wait after you paid? They made you wait after you paid?

**A. PONCE:** No, no, o sea, I paid y todo y hicieron el paperwork y todo y ya luego me dijeron no, pos' tenemos que esperar, así para esperar a que te acepten. No, no, I mean, I paid and everything, and they did the paperwork and everything, and then they told me no, well we have to wait, like to wait for you to be accepted.

**S. A. ALMARAZ:** Okay. Okay.

**A. PONCE:** Y sí la puedes agarrar. And you can get it.

**S. A. ALMARAZ:** All right, so it got delayed. All right, so it got delayed.

**A. PONCE:** Sí, like… Yes, like…

**S. A. ALMARAZ:** And you tried to buy it on the 15th? And you tried to buy it on the 15th?

**A. PONCE:** Sí, o el 14th, no sé, no me acuerdo bien. Yes, or the 14th, I don't know, I don't remember that well.

**S. A. ALMARAZ:** Of March? Of March?

**A. PONCE:** Sí, March Yes, March.

22

**S. A. ALMARAZ:** Okay, and then they called you back on Friday.

**A. PONCE:** No, era como lunes, creo, porque… no, sí, la última semana.

**S. A. ALMARAZ:** Friday?

**A. PONCE:** Like, yeah.

**S. A. ALMARAZ:** (inaudible) back on Friday?

**A. PONCE:** I mean, me imagino que tú sabes cuando me hablan, ¿Verda'?

**S. A. ALMARAZ:** So, I'm as… I'm asking you.

**A. PONCE:** No, pos' es que no me acuerdo especifico si fue last week que me hablaron el…

**S. A. ALMARAZ:** Last week it was Monday.

**A. PONCE:** No, no, no fue ayer, fue la última semana.

**S. A. ALMARAZ:** Like last Monday?

**A. PONCE:** La… sí, por eso (inaudible)

**S. A. ALMARAZ:** Okay, and then they called you back on Friday.

**A. PONCE:** No, it was like Monday, I think, because… no, yes, last week.

**S. A. ALMARAZ:** Friday?

**A. PONCE:** Like, yeah.

**S. A. ALMARAZ:** (inaudible) back on Friday?

**A. PONCE:** I mean, I imagine that you know when they call me, right?

**S. A. ALMARAZ:** So, I'm as… I'm asking you.

**A. PONCE:** No, well it's because I don't remember specifically if it was last week that they called me…

**S. A. ALMARAZ:** Last week it was Monday.

**A. PONCE:** No, no, it wasn't yesterday, it was last week.

**S. A. ALMARAZ:** Like last Monday?

**A. PONCE:** The… yes, that's why (inaudible)

**S. A. ALMARAZ:** Okay, (inaudible) and those guys? Who are those guys?

**A. PONCE:** Amigos de mi… de mi novio.

**S. A. ALMARAZ:** They're your boyfriend's friends?

**A. PONCE:** Sí.

**S. A. ALMARAZ:** Do you have their names?

**A. PONCE:** No, pos' nomás sé que a uno le dicen "Güero" y al otro le dicen "Flaco."

**S. A. ALMARAZ:** One's Güero and the only one is Flaco, so you don't know their names?

**A. PONCE:** No.

**S. A. ALMARAZ:** How did you get a hold of them?

**A. PONCE:** ¿No le digo, ma'am?

**S. A. ALMARAZ:** So, your boyfriend gave you these guys' numbers?

**A. PONCE:** No, no, no.

**S. A. ALMARAZ:** Ho… okay, how

---

**S. A. ALMARAZ:** Okay, (inaudible) and those guys? Who are those guys?

**A. PONCE:** Friends of my… of my boyfriend.

**S. A. ALMARAZ:** They're your boyfriend's friends?

**A. PONCE:** Yes.

**S. A. ALMARAZ:** Do you have their names?

**A. PONCE:** No, well I only know that one of them they call him "Güero" and the other one "Flaco."

**S. A. ALMARAZ:** One's Güero and the only one is Flaco, so you don't know their names?

**A. PONCE:** No.

**S. A. ALMARAZ:** How did you get a hold of them?

**A. PONCE:** I'm telling you, ma'am?

**S. A. ALMARAZ:** So, your boyfriend gave you these guys' numbers?

**A. PONCE:** No, no, no.

**S. A. ALMARAZ:** Ho… okay, how (inaudible)?

(inaudible)?

**A. PONCE:** O sea, e… ellos ya son amigos de él, ¿Verdad? (inaudible) (inaudible) pero…

I mean, th… they are already his friends, right? (inaudible) but…

**S. A. ALMARAZ:** How did you start talking to them?

How did you start talking to them?

**A. PONCE:** Porque I have them added in Facebook.

Because I have them added in Facebook.

**S. A. ALMARAZ:** Ah, okay (inaudible)

Ah, okay (inaudible)

**A. PONCE:** Bueno, es que yo y mi novio tenemos un Facebook pa' los dos, ¿Verda'?

Well, it's because me and my boyfriend have a Facebook for both of us, right?

**S. A. ALMARAZ:** Like a couple's Facebook?

Like a couple's Facebook?

**A. PONCE:** Sí.

Yes.

**S. A. JENSEN:** These guys are the guys that gave you the loan?

These guys are the guys that gave you the loan?

**A. PONCE:** Yeah, ellos me prestaron.

Yeah, they gave me a loan.

**S. A. ALMARAZ:** What's your Facebook name?

What's your Facebook name?

**A. PONCE:** Es Angela Porreso.

It's Angela Porreso.

**S. A. ALMARAZ:** What (inaudible)

What (inaudible)

DAVILA & ASSOCIATES, INC.
4132 NORTH 23RD STREET
MCALLEN, TEXAS 78504

25

**A. PONCE:** Angela Porreso.          Angela Porreso.

**S. A. ALMARAZ:** ¿Por eso?          Por eso?

**A. PONCE:** It's P~O~R~R con          It's P~O~R~R with double R.
doble R.

**S. A. ALMARAZ:** Okay.          Okay.

**A. PONCE:** E~S~O.          E~S~O.

**S. A. ALMARAZ:** ¿Porreso?          Porreso?

**A. PONCE:** Yeah.          Yeah.

**S. A. ALMARAZ:** Okay.          Okay.

**A. PONCE:** No me pregunten eso,          Don't ask me that, I don't know
no sé por qué tampoco.          why either.

**S. A. ALMARAZ:** All right, and          All right, and your boyfriend's
your boyfriend's is… is he in          is… is he in the same one?
the same one?

**A. PONCE:** Yeah, it's in the          Yeah, it's in the same one.
same one.

**S. A. ALMARAZ:** All right, and          All right, and these two
these two dummies? What are          dummies? What are their
their Facebook names?          Facebook names?

**A. PONCE:** It's Marco Lopez y el          It's Marco Lopez and the other
otro no lo tengo en Facebook,          one I don't have him on
ese lo tengo en Snap.          Facebook, I have him on Snap.

**S. A. ALMARAZ:** Okay.          Okay.

**A. PONCE:** Sí. No… no sé su          Yes. No… I don't know his user,
user, ahí no… no… no me sé su          not there… no… I don't know his

user.                                user.

**S. A. ALMARAZ:** Okay.             Okay.

**A. PONCE:** Pero ahí lo tengo en   But I have him on Snap.
Snap.

**S. A. ALMARAZ:** Ah, the other     Ah, the other one, you have the
one, you have the other one on       other one on Snap.
Snap.

**A. PONCE:** Yes, el Güerito.       Yes, Güerito.

**S. A. ALMARAZ:** Okay, the Güero   Okay, the Güero is on Snap,
is on Snap, g~ü~e~r~o, okay, so      g~ü~e~r~o, okay, so is this
is this the… this is the very        the… this is the very first
first time you buy a gun?            time you buy a gun?

**A. PONCE:** Mhm.                   Mhm.

**S. A. ALMARAZ:** Okay. And who     Okay. And who came up with this
came up with this plan of            plan of surprising your
surprising your boyfriend?           boyfriend?

**A. PONCE:** Me.                    Me.

**S. A. ALMARAZ:** You?              You?

**A. PONCE:** Mhm.                   Mhm.

**S. A. ALMARAZ:** When did you      When did you decide this?
decide this?

**A. PONCE:** Pues como like two     Well, like two weeks before his
weeks before his birthday.           birthday.

**S. A. ALMARAZ:** Two weeks         Two weeks before?
before?

**A. PONCE:** Mhm.                    Mhm.

**S. A. ALMARAZ:** But why a gun?     But why a gun?

**A. PONCE:** Porque he likes, o      Because he likes, I mean
sea, armas y así, siempre me ha       weapons and stuff, he has
dicho así como que no, pos' me        always told me like that, like
gusta tal esta y… y esta.             no, well I like this one and…
                                      and this one.

**S. A. ALMARAZ:** Which ones does    Which ones does he tell you…
he tell you… does he tell you         does he tell you he likes?
he likes?

**A. PONCE:** Pues de… no, de las     Well, the… no, the short ones
cortitas y luego la… la 556 y         and then the… the 556 and like
así, o sea, él me enseña              that, I mean, he would show me
diferentes.                           different ones.

**S. A. ALMARAZ:** So, when you       So, when you entered the pawn
entered the pawn shop what did        shop what did you ask you see?
you ask you see?

**A. PONCE:** La AR-556.              The AR-556.

**S. A. ALMARAZ:** The AR?            The AR?

**A. PONCE:** Mhm.                    Mhm.

**S. A. ALMARAZ:** Do you know        Do you know anything about
anything about that?                  that?

**A. PONCE:** No.                     No.

**S. A. ALMARAZ:** No?                No?

**A. PONCE:** (inaudible)             (inaudible)

**S. A. ALMARAZ:** You just know that that's the one that you were going to get?

**A. PONCE:** Sí, sí, (inaudible)

**S. A. ALMARAZ:** How much was it?

**A. PONCE:** Like 800.

**S. A. ALMARAZ:** $800?

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** Do you work?

**A. PONCE:** Sí.

**S. A. ALMARAZ:** Where do you work?

**A. PONCE:** El Siete.

**S. A. ALMARAZ:** Oh, you said that, right?

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** El Siete, what is that?

**A. PONCE:** It's a drive.

**S. A. ALMARAZ:** Like a drive…

**A. PONCE:** Drive through.

**S. A. ALMARAZ:** …through? Where is that?

**A. PONCE:** En aquí por la (inaudible)

S. A. ALMARAZ: You just know that that's the one that you were going to get?

A. PONCE: Yes, yes, (inaudible)

S. A. ALMARAZ: How much was it?

A. PONCE: Like 800.

S. A. ALMARAZ: $800?

A. PONCE: Mhm.

S. A. ALMARAZ: Do you work?

A. PONCE: Yes.

S. A. ALMARAZ: Where do you work?

A. PONCE: El Siete.

S. A. ALMARAZ: Oh, you said that, right?

A. PONCE: Mhm.

S. A. ALMARAZ: El Siete, what is that?

A. PONCE: It's a drive.

S. A. ALMARAZ: Like a drive…

A. PONCE: Drive through.

S. A. ALMARAZ: …through? Where is that?

A. PONCE: In here near the (inaudible)

29

**S. A. ALMARAZ:** Okay, how long have you worked there?

**A. PONCE:** Nah, tengo bien poquito, como two weeks.

**S. A. ALMARAZ:** Two weeks?

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** So, all this you started working two weeks ago, two weeks ago you came up with an idea, two weeks ago you went… you went into the store and you bought a gun.

**A. PONCE:** No, ma'am.

**S. A. ALMARAZ:** Well, well this happened two weeks, two weeks, two weeks.

**A. PONCE:** Pos' sí, pero pos' eso, por eso mismo empecé a trabajar y todo, para pagarle a los muchachos.

**S. A. ALMARAZ:** How much did they loan you? All of it?

**A. PONCE:** 800, 800.

**S. A. ALMARAZ:** Okay, and have you paid them at all?

---

Okay, how long have you worked there?

Nah, I haven't been there too long, like two weeks.

Two weeks?

Mhm.

So, all this you started working two weeks ago, two weeks ago you came up with an idea, two weeks ago you went… you went into the store and you bought a gun.

No, ma'am.

Well, well this happened two weeks, two weeks, two weeks.

Well yes, but well that, that's why I started working and everything, to pay the guys.

How much did they loan you? All of it?

800, 800.

Okay, and have you paid them at all?

30

**A. PONCE:** Sí, ya les pagué 200.   Yes, I already paid them 200.

**S. A. ALMARAZ:** You already paid   You already paid them.
them.

**A. PONCE:** Me faltan 600.   I owe them 600.

**S. A. ALMARAZ:** You already paid   You already paid 200, and what
200, and what was the agreement   was the agreement for the loan?
for the loan?

**A. PONCE:** Nada, pos' ellos   Nothing, well they know where
saben donde se queda mi novio y   my boyfriend stays and
todo, pos'… pos' ellos si no   everything, well… well, if I
les pago me van a ir a buscar   don't pay them they're going to
ahí.   go look for me there.

**S. A. ALMARAZ:** What is your   What is your (inaudible)
(inaudible)

**A. PONCE:** Pos' La Ladrillera.   Well La Ladrillera.

**S. A. ALMARAZ:** He lives in La   He lives in La Ladrillera?
Ladrillera?

**A. PONCE:** Ladrillera.   Ladrillera.

**S. A. ALMARAZ:** Do you know the   Do you know the address?
address?

**A. PONCE:** No.   No.

**S. A. ALMARAZ:** Ladriera.   Ladriera.

**A. PONCE:** Ladrillera.   Ladrillera.

**S. A. ALMARAZ:** Ladriera.   Ladriera.

**A. PONCE:** Llera.   Llera.

**S. A. ALMARAZ:** All right, whatever, I know (inaudible) Uhm, I was going to ask you something, and where… where were you going right now?

**A. PONCE:** A mi casa a maquillarme.

**S. A. ALMARAZ:** What?

**A. PONCE:** To get ready for work.

**S. A. ALMARAZ:** Okay, so in a typical day, right? Typical week, how many days a week do you work?

**A. PONCE:** Five.

**S. A. ALMARAZ:** Five days a week?

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** What's your schedule?

**A. PONCE:** ¿Ahorita? Trabajo de 6 a 12.

**S. A. ALMARAZ:** 6 to 12.

**A. PONCE:** Mañana y el Thursday no trabajo, viernes trabajo de

---

**S. A. ALMARAZ:** All right, whatever, I know (inaudible) Uhm, I was going to ask you something, and where… where were you going right now?

**A. PONCE:** To my house to put makeup on.

**S. A. ALMARAZ:** What?

**A. PONCE:** To get ready for work.

**S. A. ALMARAZ:** Okay, so in a typical day, right? Typical week, how many days a week do you work?

**A. PONCE:** Five.

**S. A. ALMARAZ:** Five days a week?

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** What's your schedule?

**A. PONCE:** Right now? I work from 6 to 12.

**S. A. ALMARAZ:** 6 to 12.

**A. PONCE:** Tomorrow and on Thursday I don't work, Friday I work from

32

12 a 6, el sábado trabajo de 12 a 6 y sábado… digo, domingo no.

12 to 6, Saturday I work from 12 to 6 and Saturday… I mean, Sunday I don't.

**S. A. ALMARAZ:** So, you already memorized your schedule in two weeks?

So, you already memorized your schedule in two weeks?

**A. PONCE:** No, no, no, no, no, it's different schedule.

No, no, no, no, no, it's different schedule.

**S. A. ALMARAZ:** (inaudible)

(inaudible)

**A. PONCE:** O sea, siempre hacen different schedule.

I mean, they always make a different schedule.

**S. A. ALMARAZ:** Okay.

Okay.

**A. PONCE:** No es lo mismo.

It's not the same.

**S. A. ALMARAZ:** So, every week is…

So, every week is…

**A. PONCE:** Yeah, it's a different schedule.

Yeah, it's a different schedule.

**S. A. ALMARAZ:** …different, okay. And, uhm, where were these two guys going?

…different, okay. And, uhm, where were these two guys going?

**A. PONCE:** A dejarle eso a… a mi novio.

To leave that to my… my boyfriend.

**S. A. ALMARAZ:** ¿Pa' qué?

Why?

**A. PONCE:** Porque yo les dije que lo dejaran ahí, ya no sé si

Because I told them to leave it there, I don't know if they

33

ellos querían hacer algo más.    wanted to do something else.

**S. A. ALMARAZ:** Okay, so you… you left it… you gave it to them?    Okay, so you… you left it… you gave it to them?

**A. PONCE:** Sí, sí, pos' ni modo que la cruce en Nuevo Laredo.    Yes, yes, well I can't cross it in Nuevo Laredo.

**S. A. ALMARAZ:** No, you can't get caught with that shit over there.    No, you can't get caught with that shit over there.

**A. PONCE:** No, pos' por eso no.    No, well that's why I didn't.

**S. A. ALMARAZ:** And what did they tell you? They said that… they assured you?    And what did they tell you? They said that… they assured you?

**A. PONCE:** ¿Cómo?    What?

**S. A. ALMARAZ:** That they were going to take it?    That they were going to take it?

**A. PONCE:** Ah, sí, sí me…    Ah, yes, yes, I…

**S. A. ALMARAZ:** Oh, you didn't even tell them?    Oh, you didn't even tell them?

**A. PONCE:** No, sí, yo les dije ve… "vayan y dénsela a este José" -y me dijeron- "'ta bueno."    No, yes, I told them go… "go and give it to jose" and they told me: "All right."

**S. A. ALMARAZ:** Okay.    Okay.

**A. PONCE:** Sí, comoquiera yo le    Yes, anyway I had already sent

había mandado mensaje ya a mi novio que iban a ir estos.

a message to my boyfriend that these guys were going to go.

**S. A. ALMARAZ:** Okay, is there… do you think at all that when we talk to them that they're going to say something different?

Okay, is there… do you think at all that when we talk to them that they're going to say something different?

**A. PONCE:** Pos' conociéndolos, conociéndolos…

Well knowing them, knowing them…

**S. A. ALMARAZ:** Remember… remember, you're the first one.

Remember… remember, you're the first one.

**A. PONCE:** No, sí.

No, yes.

**S. A. ALMARAZ:** The first one we talk to.

The first one we talk to.

**A. PONCE:** …conociéndolos pos' sí son capaces de querer echarme toda la muleta a mí.

…knowing them, well, they are capable of wanting to blame.

**S. A. ALMARAZ:** What do you think they're going to tell me?

What do you think they're going to tell me?

**A. PONCE:** Van a decir que fui yo y todo.

They are going to say that it was me and everything.

**S. A. ALMARAZ:** But, like, what? Like, what? What kinda culpa do you think they're going to blame you for?

But, like, what? Like, what? What kinda blame do you think they're going to blame you for?

**A. PONCE:** Que… pos' es que no puedo decirte, pero sí sé que van a decir que fui yo.

That… well, it's because I can't tell you, but I do know that they're going to say that it was me.

**S. A. ALMARAZ:** Well, right now the ball is in your court, again, 'cause you're first, like, so I'm getting all this information from you and then I'm going to talk to them, right? So, the more you tell me, the more you help yourself, and the more I have to use against them, right? So, what do you think they're going to tell me about you?

Well, right now the ball is in your court, again, 'cause you're first, like, so I'm getting all this information from you and then I'm going to talk to them, right? So, the more you tell me, the more you help yourself, and the more I have to use against them, right? So, what do you think they're going to tell me about you?

**A. PONCE:** Pos' es que yo no hablo mucho con ellos, no sé qué van a decir de mí.

Well, it's because I don't talk a lot with them, I don't know what they're going to say about me.

**S. A. ALMARAZ:** I mean, y'all made a whole contract, to me it seems like you all are pretty tight.

I mean, y'all made a whole contract, to me it seems like you all are pretty tight.

**A. PONCE:** (inaudible)

(inaudible)

**S. A. ALMARAZ:** I… I don't lend money to anybody, specially not 800 bucks.

**A. PONCE:** Yo sí.

**S. A. ALMARAZ:** You do?

**A. PONCE:** Sí, a mi hermana, a mi mamá, a todos.

**S. A. ALMARAZ:** To… even to people you barely know?

**A. PONCE:** No, I have kind of knowing them.

**S. A. ALMARAZ:** You do?

**A. PONCE:** Sí.

**S. A. ALMARAZ:** You do know them.

**A. PONCE:** Pos' por eso.

**S. A. ALMARAZ:** Okay, how long have you known them?

**A. PONCE:** Nah, tengo como… pos' con José tengo five months, 'tonces ellos como four months, menos.

**S. A. ALMARAZ:** You've known them five months?

**A. PONCE:** No, four months,

---

**S. A. ALMARAZ:** I… I don't lend money to anybody, specially not 800 bucks.

**A. PONCE:** I do.

**S. A. ALMARAZ:** You do?

**A. PONCE:** Yes, to my sister, my mom, everybody.

**S. A. ALMARAZ:** To… even to people you barely know?

**A. PONCE:** No, I have kind of knowing them.

**S. A. ALMARAZ:** You do?

**A. PONCE:** Yes.

**S. A. ALMARAZ:** You do know them.

**A. PONCE:** Well, that's why.

**S. A. ALMARAZ:** Okay, how long have you known them?

**A. PONCE:** Nah, I have like… well, I've been with José for five months, so them like four months, less.

**S. A. ALMARAZ:** You've known them five months?

**A. PONCE:** No, four months, because I've

porque yo tengo con José five months.

**S. A. ALMARAZ:** Okay, do you know if they've been arrested before?

**A. PONCE:** No (inaudible)

**S. A. ALMARAZ:** You don't know that?

**A. PONCE:** (inaudible)

**S. A. ALMARAZ:** They don't talk about it? (inaudible) time for this or they got arrested for that? 'cause everybody does.

**A. PONCE:** I think este Marcos sí.

**S. A. ALMARAZ:** He has?

**A. PONCE:** Yes.

**S. A. ALMARAZ:** What have you heard him say?

**A. PONCE:** Que como que he's been arrested antes que por cruzar cosas, o sea, chivos y así.

**S. A. ALMARAZ:** Oh, he's… he's been known to do that?

been with José for five months.

Okay, do you know if they've been arrested before?

No (inaudible)

You don't know that?

(inaudible)

They don't talk about it? (inaudible) time for this or they got arrested for that? 'cause everybody does.

I think Marcos has.

He has?

Yes.

What have you heard him say?

That like he's been arrested before, that for crossing stuff, I mean, AK's and stuff.

Oh, he's… he's been known to do that?

**A. PONCE:** Sí, creo que sí.          Yes, I think so.

**S. A. ALMARAZ:** And you still        And you still trusted him?
trusted him?

**A. PONCE:** I trusted him             I trusted him (inaudible)
(inaudible)

**S. A. ALMARAZ:** You trusted him      You trusted him like you gave
like you gave him the gun for           him the gun for him to go to
him to go to deliver it for you         deliver it for you to someone
to someone else.                        else.

**A. PONCE:** Sí, pero pos' nunca       Yes, but well I never thought
pensé que, pos' los pararon me          that, well you stopped them I
imagino, ¿Verda'? ¿Sí los               imagine, right? You stopped
pararon?                                them?

**S. A. ALMARAZ:** Yeah, we did.        Yeah, we did.

**A. PONCE:** Mhm.                      Mhm.

**S. A. ALMARAZ:** We have actually     We have actually been watching
been watching (inaudible) you           (inaudible) you guys for a
guys for a little while.                little while.

**A. PONCE:** ¿A mí? I mean, a mí       Me? I mean, not me because I
no porque yo tengo tiempo sin           haven't seen them for a while.
verlos.

**S. A. ALMARAZ:** Since the day        Since the day you tried to buy
you tried to buy the gun.               the gun.

**A. PONCE:** Ese day sí, ese fue       That day yes, that day was the
el único last day y luego hasta         only last day, and then until

ahorita que les dije que me…    right now that I told you that I…

**S. A. ALMARAZ:** We were watching you (inaudible) since that day, or them a little bit longer.

**A. PONCE:** Sí, porque pos' yo no me junto así tanto con ellos.

**S. A. ALMARAZ:** And then you bought a gun, so here we are.

**A. PONCE:** Sí.

**S. A. ALMARAZ:** Do you have anything?

**S. A. JENSEN:** Just the boyfriend, he lives here in the US?

**A. PONCE:** Yes.

**S. A. JENSEN:** And he's a citizen?

**A. PONCE:** Yes.

**S. A. JENSEN:** Okay, does he ever go across?

**A. PONCE:** No.

**S. A. JENSEN:** He just stays here? How long have you been with him?

We were watching you (inaudible) since that day, or them a little bit longer.

Yes, because well I don't hang out too much with them.

And then you bought a gun, so here we are.

Yes.

Do you have anything?

Just the boyfriend, he lives here in the US?

Yes.

And he's a citizen?

Yes.

Okay, does he ever go across?

No.

He just stays here? How long have you been with him?

40

**A. PONCE:** Five months.

**S. A. JENSEN:** Five months? Same as when you met his friends (inaudible)

**A. PONCE:** No, with they I have four months knowing them.

**S. A. JENSEN:** Okay.

**S. A. ALMARAZ:** Has your boyfriend been arrested for anything?

**A. PONCE:** No, (inaudible)

**S. A. ALMARAZ:** Nothing?

**A. PONCE:** No, nothing.

**S. A. JENSEN:** These guys, have they ever talked about guns to you?

**A. PONCE:** Mmm, no.

**S. A. JENSEN:** No?

**A. PONCE:** Yo que sepa no, Güero me ha dicho algo más, pero el otro hüerquillo flaquillo no, sí.

**S. A. JENSEN:** So… so, if this guy had bought guns too? Do you know anything about that?

Five months.

**S. A. JENSEN:** Five months? Same as when you met his friends (inaudible)

No, with they I have four months knowing them.

Okay.

Has your boyfriend been arrested for anything?

No, (inaudible)

Nothing?

No, nothing.

These guys, have they ever talked about guns to you?

Mmm, no.

No?

Not that I know, Güero has told me something else, but the other skinny kid no, yes.

So… so, if this guy had bought guns too? Do you know anything about that?

DAVILA & ASSOCIATES, INC.
4132 NORTH 23RD STREET
MCALLEN, TEXAS 78504

**A. PONCE:** ¿De quién? ¿De Marcos o de este Güero? ¿De Marcos o de Güero?

About who? About Marcos or Güero? About Marcos or Güero?

**S. A. ALMARAZ:** But right now…

But right now…

**A. PONCE:** ¿O los dos?

Or both?

**S. A. ALMARAZ:** …right now I don't know who's Marcos and who's Güero.

…right now I don't know who's Marcos and who's Güero.

**A. PONCE:** Marcos es el flaquito, Güero es el Güerillo.

Marcos is the skinny one, Güero is the blonde one.

**S. A. ALMARAZ:** With the glasses.

With the glasses.

**A. PONCE:** Sí, the glasses (inaudible)

Yes, the glasses (inaudible)

**S. A. ALMARAZ:** I thought, what… what did you call him? What did you say his name was?

I thought, what… what did you call him? What did you say his name was?

**A. PONCE:** Marcos.

Marcos.

**S. A. ALMARAZ:** That's not his name.

That's not his name.

**A. PONCE:** No? Hijo de la verga.

No, son of a bitch.

**S. A. ALMARAZ:** That's not his name at all, and the other one is what did you say?

That's not his name at all, and the other one is what did you say?

**A. PONCE:** Pos' yo le digo

Well, I call him Güero.

42

Güero.

**S. A. ALMARAZ:** You said the other one's name was what?

**A. PONCE:** Güero.

**S. A. ALMARAZ:** No, his other name?

**A. PONCE:** ¿De qué hablan?

**S. A. ALMARAZ:** Flaco, what's his name?

**A. PONCE:** Por eso.

**S. A. ALMARAZ:** Marcos?

**A. PONCE:** Ese.

**S. A. ALMARAZ:** And what do you think Güero's name is?

**A. PONCE:** Ah, no, Güero yo no sé.

**S. A. ALMARAZ:** You don't know his name (inaudible)

**S. A. JENSEN:** So, you were with Flaco when you bought the rifle, when you paid for it, right? Did he buy any guns that day?

**A. PONCE:** No.

**S. A. JENSEN:** Okay, so the

You said the other one's name was what?

Güero.

No, his other name?

What are you talking about?

Flaco, what's his name?

That's why.

Marcos?

That one.

And what do you think Güero's name is?

Oh, no, Güero I don't know.

You don't know his name (inaudible)

So, you were with Flaco when you bought the rifle, when you paid for it, right? Did he buy any guns that day?

No.

Okay, so the reason this is all

43

| Original | Translation |
|---|---|
| reason this is all coming ahead is because he does buy guns, and his guns show up in Mexico, so it doesn't look good if you're with him buying guns. | coming ahead is because he does buy guns, and his guns show up in Mexico, so it doesn't look good if you're with him buying guns. |
| **A. PONCE:** Oh, okay, pos' piensan que… | Oh, okay, well you think that… |
| **S. A. ALMARAZ:** Yeah. | Yeah. |
| **A. PONCE:** …la gun era pa'… | …the gun was for… |
| **S. A. ALMARAZ:** So, who's the one who loaned you the money? You said both of them… | So, who's the one who loaned you the money? You said both of them… |
| **A. PONCE:** El flaquito. | The skinny one. |
| **S. A. ALMARAZ:** Flaco. | Flaco. |
| **A. PONCE:** El flaquito. | The skinny one. |
| **S. A. ALMARAZ:** He loaned you the money? | He loaned you the money? |
| **A. PONCE:** Sí. | Yes. |
| **S. A. ALMARAZ:** So, yeah, like he said, Flaco does cross firearms to Mexico, and guess where you were going today after you bought a gun? Where were you going? | So, yeah, like he said, Flaco does cross firearms to Mexico, and guess where you were going today after you bought a gun? Where were you going? |
| **A. PONCE:** Ahorita? Me… le estoy | Right now? I'… I'm telling you, |

44

diciendo, iba a ir a agarrar mis cosas.

I was going to go get my things.

**S. A. ALMARAZ:** Where were you going?

Where were you going?

**A. PONCE:** ¿Cómo?

What?

**S. A. ALMARAZ:** Where were you going?

Where were you going?

**A. PONCE:** ¿Ahorita que me agarraron?

Right now, that they caught me?

**S. A. ALMARAZ:** When they stopped you, yeah.

When they stopped you, yeah.

**A. PONCE:** Pa'l puente, pa' México.

To the bridge, to Mexico.

**S. A. ALMARAZ:** To Mexico, right.

To Mexico, right.

**A. PONCE:** Sí.

Yes.

**S. A. ALMARAZ:** So, we know that he takes guns to Mexico, we saw you buy a gun, and you were going to Mexico, so you see how it's looking?

So, we know that he takes guns to Mexico, we saw you buy a gun, and you were going to Mexico, so you see how it's looking?

**A. PONCE:** No, porque…

No, because…

**S. A. ALMARAZ:** No?

No?

**A. PONCE:** …no tiene nada de malo que vaya pa' México.

…there's nothing wrong with me going to Mexico.

**S. A. ALMARAZ:** Okay, you know that form that you filled out when you bought a gun?

**A. PONCE:** Sí.

**S. A. ALMARAZ:** Okay, you… you remember the address that you put?

**A. PONCE:** No.

**S. A. ALMARAZ:** You don't remember? You just filled it out like two weeks ago.

**A. PONCE:** Por eso, pero pos' yo tengo bad memory.

**S. A. ALMARAZ:** You can't…

**A. PONCE:** No creo, no sí.

**S. A. ALMARAZ:** Is it really that bad?

**A. PONCE:** Sí, bad memory.

**S. A. ALMARAZ:** Well, it's the same address that's listed on your ID so you know it by memory.

**A. PONCE:** Sí, 5401, sí.

**S. A. ALMARAZ:** No, that's not (inaudible)

Okay, you know that form that you filled out when you bought a gun?

Yes.

Okay, you… you remember the address that you put?

No.

You don't remember? You just filled it out like two weeks ago.

That's why, but well I have bad memory.

You can't…

I don't think so, no, yes.

Is it really that bad?

Yes, bad memory.

Well, it's the same address that's listed on your ID so you know it by memory.

Yes, 5401, yes.

No, that's not (inaudible)

**A. PONCE:** Sí es esa, ma'am, es en George Town Texas.

Yes, that one, ma'am, that one is in George Town, Texas.

**S. A. ALMARAZ:** Mmm, nope, that's not it.

Mmm, nope, that's not it.

**A. PONCE:** En mi ID dice 5401, porque yo sé, yo conozco mi ID.

On my ID it says 5401, because I know, I know my ID.

**S. A. ALMARAZ:** Mmm, not the one I'm looking at.

Mmm, not the one I'm looking at.

**A. PONCE:** ¿Cuál es? Oh.

Which one is it? Oh.

**S. A. ALMARAZ:** Yeah, but you were smart enough.

Yeah, but you were smart enough.

**A. PONCE:** No, pero esa… esa reciente.

No, but that one… that one is recent.

**S. A. ALMARAZ:** You were smart enough to remember to put it there too.

You were smart enough to remember to put it there too.

**A. PONCE:** Ma'am, tenía mi ID ahí en seguida.

Ma'am, I had my ID right next to me.

**S. A. ALMARAZ:** Okay, but this is not Mexico, right? You live in Mexico.

Okay, but this is not Mexico, right? You live in Mexico.

**A. PONCE:** Sí.

Yes.

**S. A. ALMARAZ:** You did say you live in Mexico, in fact you already told me twice that you

You did say you live in Mexico, in fact you already told me twice that you live in Mexico.

live in Mexico.

**A. PONCE:** Mhm.                    Mhm.

**S. A. ALMARAZ:** So, this is not    So, this is not correct.
correct.

**A. PONCE:** Sí, es porque ahí       Yes, it's because my brother
vive mi hermano.                      lives there.

**S. A. ALMARAZ:** No, but this is    No, but this is asking you were
asking you were you live.            you live.

**A. PONCE:** Por eso, y…             That's why, and…

**S. A. ALMARAZ:** But you live in    But you live in Mexico.
Mexico.

**A. PONCE:** So, okay, entonces      So, okay, so you're saying that
¿'ta diciendo que no puedo            I can't live in Laredo nor in
vivir en Laredo ni en México o        Mexico or what?
cómo?

**S. A. ALMARAZ:** All sales          All sales (inaudible) did you
(inaudible) did you read all          read all the questions when you
the questions when you filled         filled it out?
it out?

**A. PONCE:** Sí.                     Yes.

**S. A. ALMARAZ:** Yeah? Do you       Yeah? Do you want to read this
want to read this one? Do you         one? Do you want me to read it
want me to read it out loud?          out loud?

**A. PONCE:** No, I can read it       No, I can read it (inaudible)
(inaudible)

**S. A. ALMARAZ:** 21A.

**A. PONCE:** (inaudible) ¿Qué es eso? Right here (inaudible)

**S. A. ALMARAZ:** (inaudible) I'll read it to you. It says are you the actual buyer or transferee of the firearm listed on this form and any continuation sheets on this ATM… on this ATF form? Warning, you are not the actual buyer if you are acquiring any firearm on behalf of another person, if you are not the actual buyer, the licensee cannot transfer the firearm to you, do you know what that means?

**A. PONCE:** No.

**S. A. ALMARAZ:** That means that if you're buying it for somebody else then… here you put that you were buying it for yourself, but then you already told me you were buying it for someone else, and somebody else

**S. A. ALMARAZ:** 21A.

**A. PONCE:** (inaudible) what is that? Right here (inaudible)

**S. A. ALMARAZ:** (inaudible) I'll read it to you. It says are you the actual buyer or transferee of the firearm listed on this form and any continuation sheets on this ATM… on this ATF form? Warning, you are not the actual buyer if you are acquiring any firearm on behalf of another person, if you are not the actual buyer, the licensee cannot transfer the firearm to you, do you know what that means?

**A. PONCE:** No.

**S. A. ALMARAZ:** That means that if you're buying it for somebody else then… here you put that you were buying it for yourself, but then you already told me you were buying it for someone else, and somebody else paid

49

| | |
|---|---|
| paid you money and you went there and you bought it to give it to someone else, so this… this is incorrect, right? | you money and you went there and you bought it to give it to someone else, so this… this is incorrect, right? |
| **A. PONCE:** I mean, pos' es que es mi novio, yo también le había dicho al vato del Bufalo que le dije: "ey, la arma es pa' mi novio," y me dijo… | I mean, well it's because he's my boyfriend, I also had told the dude at Bufalo that I told him: "hey, the gun is for my boyfriend", and he told me… |
| **S. A. ALMARAZ:** If you were to say that, he can't sell it to you. | If you were to say that, he can't sell it to you. |
| **A. PONCE:** Ah, pos' ahí el problema él, porque yo le había dicho que era para mi novio. | Ah, well then that's his problem, because I had told him that it was for my boyfriend. |
| **S. A. ALMARAZ:** M… no. | M… no. |
| **A. PONCE:** Y él me dijo… él me dijo: "'ta bueno -me dijo- de esas, cuál te gusta?" Y luego le dije: "ya la 556 y todo," y me dijo: "ah, bueno, 'ta bueno." | And he told me… he told me: "All right -he told me- of those, which one do you like?" And then I told him: "the 556 and everything," and he told me: "ah, all right, all right." |
| **S. A. ALMARAZ:** Okay, but you also knew that it was not for you when you checked the yes | Okay, but you also knew that it was not for you when you checked the yes box. |

box.

**A. PONCE:** No, yo le había dicho… le había dicho al vato del Bufalo, le dije (inaudible)

**S. A. ALMARAZ:** No, but you knew it was not for you, this is asking you, this… this form is asking Angela Ruby Ponce, where does Angela Ruby Ponce live? You put 3916 (inaudible) in Laredo, Texas. This is asking if Angela Ruby Ponce is this gun for you? And you put yes. And then you signed it. Did you read the top of this form?

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** Do you want me to read it to you? Let me read it to you. Uhm, it says: warning the information you provide will be used to determine whether you are prohibited by Federal or State Law from receiving a firearm, or whether Federal or State Law

---

No, I had told him… I had told the dude from Bufalo, I told him (inaudible)

No, but you knew it was not for you, this is asking you, this… this form is asking Angela Ruby Ponce, where does Angela Ruby Ponce live? You put 3916 (inaudible) in Laredo, Texas. This is asking if Angela Ruby Ponce is this gun for you? And you put yes. And then you signed it. Did you read the top of this form?

Mhm.

Do you want me to read it to you? Let me read it to you. Uhm, it says: warning the information you provide will be used to determine whether you are prohibited by Federal or State Law from receiving a firearm, or whether Federal or State Law prohibits the sale or

prohibits the sale or disposition of a firearm to you. Certain violations of the Gun Control Act, 18 USC 921, you don't know what that means, are punishable by up to 15 years in prison, and for up to $25,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years in prison. Mmm, I can read the rest, read the notices, instructions and definitions in this form. So, basically this form is telling you that this is a Federal Government form, right? Lying on this form is punishable for up to a $1,000,000 fine and 20 years in prison, you see what

disposition of a firearm to you. Certain violations of the Gun Control Act, 18 USC 921, you don't know what that means, are punishable by up to 15 years in prison, and for up to $25,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years in prison. Mmm, I can read the rest, read the notices, instructions and definitions in this form. So, basically this form is telling you that this is a Federal Government form, right? Lying on this form is punishable for up to a $1,000,000 fine and 20 years in prison, you see what I'm saying?

I'm saying?

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** If you lie on this form, and you put that you don't live where you live, this whole form and the information you put here determines whether the person at the gun store can sell it to you or not, if you were to put that you live in Mexico he wouldn't have sold it to you, but you… you lied and you put that you lived in Laredo. Now, if you were to put that this gun was for somebody else, and checked the "No" box, then this tells him he can't sell you the gun, but you checked yes, which means that you tricked him into convincing him that this was for you and this is where you live, right? So basically, you're responsible for all the answers that you put here, and then you

Mhm.

If you lie on this form, and you put that you don't live where you live, this whole form and the information you put here determines whether the person at the gun store can sell it to you or not, if you were to put that you live in Mexico he wouldn't have sold it to you, but you… you lied and you put that you lived in Laredo. Now, if you were to put that this gun was for somebody else, and checked the "No" box, then this tells him he can't sell you the gun, but you checked yes, which means that you tricked him into convincing him that this was for you and this is where you live, right? So basically, you're responsible for all the answers that you put here, and then you

53

signed, there's a signature down here, is this your signature? So, now that you know what you have against you, do you want to start over and tell me more about what's really going on? Okay, want to take a break?

**A. PONCE:** No, I can start right now.

**S. A. ALMARAZ:** Okay, so what's… what's the real truth behind all this? Just remember we told you that we knew the answers to everything, and this was just a game of who… "are you going to tell the truth or not."

**A. PONCE:** Can I start?

**S. A. ALMARAZ:** Yeah, go ahead.

**A. PONCE:** Okay, pos', uhm, Flaco's girlfriend, I don't… it's… her name is Raquel, right?

**S. A. ALMARAZ:** Okay.

**A. PONCE:** So, she texted me,

signed, there's a signature down here, is this your signature? So, now that you know what you have against you, do you want to start over and tell me more about what's really going on? Okay, want to take a break?

No, I can start right now.

Okay, so what's… what's the real truth behind all this? Just remember we told you that we knew the answers to everything, and this was just a game of who… "are you going to tell the truth or not."

Can I start?

Yeah, go ahead.

Okay, well, uhm, Flaco's girlfriend, I don't… it's… her name is Raquel, right?

Okay.

So, she texted me, right? And

right? And she's like hey, pos' my boyfriend needs help y así que pa' sacar un arma, right? 'tonces le dije okay, está bien, y luego me dijo no, que nomás te vamos a pagar $200, ¿Verda'? 'tonces me… le dije: "pos' ¿Cuándo me lo van a pagar?" Y luego ya me dijo: "no, pos' de a… después de que tú compres ya la pistola," ¿Verdad? Pos' le dije: "está bien." 'tonces ya fui al Bufalo y así, bueno, fui a… fuimos a varios Bufalos, pero como que me decían que no porque (inaudible) y que así, 'tonces fui a ese Bufalo y ya el vato me dijo que sí, que está bien, 'tonces ya lo saqué y de ahí ya no tuve comunicación con ellos hasta que me habló el muchacho de Bufalo y me dijo: "ya puedes venir a sacar la arma."

she's like hey, well my boyfriend needs help and like that, that to take out a gun, right? So, I told her okay, all right, and then she told me no, that we're only going to pay you $200, right? So, I… I told she: "well, when are you going to pay me." And then she told me: "no, well ah… after you buy the gun," right? Well, I told her: "okay." So, I went to Bufalo and like that, well, I went to… we went to several Bufalos, but they were like telling me no because (inaudible) and like that, so I went to that Bufalo and the dude told me: "yes, that's okay, so then I got it, and from there I didn't have communication with them until the guy from Bufalo called me and told me: "you can come pick up the gun."

55

**S. A. ALMARAZ:** Okay.                    Okay.

**A. PONCE:** Que ya tenía la arma, y disque… disque ahorita me iban a pagar, pero no, no me dieron nada.

That they already had the gun, and supposedly… supposedly right now they were going to pay me, but no, they didn't give me anything.

**S. A. ALMARAZ:** Okay, so they paid you $200?

Okay, so they paid you $200?

**A. PONCE:** Sí, well, they were going to pay me $200.

Yes, well, they were going to pay me $200.

**S. A. ALMARAZ:** But you haven't paid for the gun?

But you haven't paid for the gun?

**A. PONCE:** I haven't… no, la gun ya está pagada.

I haven't… no, the gun is already paid.

**S. A. ALMARAZ:** Before today was the gun paid for?

Before today was the gun paid for?

**A. PONCE:** Yes.                          Yes.

**S. A. ALMARAZ:** Okay, so today you showed up with empty-handed?

Okay, so today you showed up with empty-handed?

**A. PONCE:** Sí, empty-handed.           Yes, empty-handed.

**S. A. ALMARAZ:** So, who gave you the money and when?

So, who gave you the money and when?

**A. PONCE:** Él.                          Him.

**S. A. ALMARAZ:** Flaco?                  Flaco?

DAVILA & ASSOCIATES, INC.
4132 NORTH 23RD STREET
MCALLEN, TEXAS 78504

**A. PONCE:** Flaco.

Flaco.

**S. A. ALMARAZ:** Flaco gave you the money, where did he give you the money?

Flaco gave you the money, where did he give you the money?

**A. PONCE:** Ahí mismo, ahí afuera del Bufalo.

Right there, outside of the Bufalo.

**S. A. ALMARAZ:** Outside?

Outside?

**A. PONCE:** Mhm.

Mhm.

**S. A. ALMARAZ:** Ta… and he gave you…

Ta… and he gave you…

**S. A. JENSEN:** That was two weeks ago?

That was two weeks ago?

**A. PONCE:** Sí, pos' cuando saqué la arma, yo.

Yes, well when I took the gun.

**S. A. ALMARAZ:** When you filled this out?

When you filled this out?

**A. PONCE:** Sí.

Yes.

**S. A. ALMARAZ:** So, that was on March 14th, and what did he tell you? What were the instructions?

So, that was on March 14th, and what did he tell you? What were the instructions?

**A. PONCE:** ¿Él? Pos' nomás me dijo que dijera eso, lo que dije ahorita, y que… que ya, que como que actuara normal y

He? Well, he just told me to say that, what I said right now, and that… that for me just, like to act normal and

57

así.                                        like that.

**S. A. ALMARAZ:** Okay, and then today what happened when they called you?

Okay, and then today what happened when they called you?

**A. PONCE:** Hoy… no, y fíjese que también me pelié con su novia porque me estaba dando presión que sobres y que sobres, que me están esperando, nos están poniendo presión y así, ¿Verda'? Y le dije no, pos' es que yo también tengo cosas que hacer.

Today… no, and look that I also got into a fight with his girlfriend because she was pressuring me that let's go, let's go, and that they were waiting for us, they're pressuring us and like that, right? And I told her no, well it's because I also have things to do.

**S. A. ALMARAZ:** Okay.

Okay.

**A. PONCE:** Y luego ya pos' nomás yo pa' quitarme ya la muleta y así le dije… le dije pos' si quieres vamos hoy a las 2.

And then, well, just to get rid of that blame and I like that I told her… I told her, well, if you want let's go today at 2.

**S. A. ALMARAZ:** Okay.

Okay.

**A. PONCE:** Y ahorita pos' fue donde fuimos allá.

And right now, well, it was where we went over there.

**S. A. ALMARAZ:** They picked you up or…

They picked you up or…

**A. PONCE:** Sí, they picked me

Yes, they picked me up.

58

up.

**S. A. ALMARAZ:** They picked you up from your house?

**A. PONCE:** No, en el puente.

**S. A. ALMARAZ:** Okay.

**A. PONCE:** Sí.

**S. A. ALMARAZ:** All right, what time did they pick you up at?

**A. PONCE:** Como a las 2:30.

**S. A. ALMARAZ:** Okay, from bridge one or two (inaudible)

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** One?

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** Where… where you were right now?

**A. PONCE:** Sí.

**S. A. ALMARAZ:** Okay, uhm, did they talk about what they were going to do with it?

**A. PONCE:** No, no me dijeron nada, nomás Güero dijo que… bueno no, Flaco dijo que iban a entregar eso y no sé qué tanto.

**S. A. ALMARAZ:** They picked you up from your house?

**A. PONCE:** No, in the bridge.

**S. A. ALMARAZ:** Okay.

**A. PONCE:** Yes.

**S. A. ALMARAZ:** All right, what time did they pick you up at?

**A. PONCE:** Like at 2:30.

**S. A. ALMARAZ:** Okay, from bridge one or two (inaudible)

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** One?

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** Where… where you were right now?

**A. PONCE:** Yes.

**S. A. ALMARAZ:** Okay, uhm, did they talk about what they were going to do with it?

**A. PONCE:** No, they didn't tell me anything, just Güero said that… well, no, Flaco said that they were going to deliver that, and I don't know what.

59

**S. A. ALMARAZ:** Okay, so it was not… the whole boyfriend thing was just a fable, that's not true? It was for Flaco.

**A. PONCE:** Sí.

**S. A. ALMARAZ:** Do you have those messages on your phone?

**A. PONCE:** No, porque todo fue por call.

**S. A. ALMARAZ:** Okay, and on Facebook did you guys talk about it?

**A. PONCE:** No, en Facebook no.

**S. A. ALMARAZ:** ¿Tampoco?

**S. A. JENSEN:** Did he tell you why he wanted you to buy? Why is he going to pay you $200?

**A. PONCE:** Que, porque él ya había sacado muchas armas, que porque no lo estaban dejando a él.

**S. A. ALMARAZ:** Okay, yeah, it's true.

**A. PONCE:** Sí.

**S. A. ALMARAZ:** How come he

---

**S. A. ALMARAZ:** Okay, so it was not… the whole boyfriend thing was just a fable, that's not true? It was for Flaco.

**A. PONCE:** Yes.

**S. A. ALMARAZ:** Do you have those messages on your phone?

**A. PONCE:** No, because everything was through call.

**S. A. ALMARAZ:** Okay, and on Facebook did you guys talk about it?

**A. PONCE:** No, not on Facebook.

**S. A. ALMARAZ:** Neither?

**S. A. JENSEN:** Did he tell you why he wanted you to buy? Why is he going to pay you $200?

**A. PONCE:** That because he had already taken out many guns, that because they weren't letting him anymore.

**S. A. ALMARAZ:** Okay, yeah, it's true.

**A. PONCE:** Yes.

**S. A. ALMARAZ:** How come he didn't ask Raquel

didn't ask Raquel to do it?    to do it?

**A. PONCE:** ¿Quién? ¿El Güero?    Who? Güero?

**S. A. ALMARAZ:** Yeah.    Yeah.

**A. PONCE:** Porque Güero ya había    Because Güero had already taken
sacado como tres.    out like three.

**S. A. ALMARAZ:** No, why didn't    No, why didn't his girlfriend
his girlfriend do it?    do it?

**A. PONCE:** Porque su girlf- su    Because his girlf- his
novia no cruza pa'cá, su novia    girlfriend doesn't cross over
es de México también.    here, his girlfriend is also

from Mexico.

**S. A. ALMARAZ:** Oh, okay.    Oh, okay.

**A. PONCE:** (inaudible)    (inaudible)

**S. A. JENSEN:** Did he ever pay    Did he ever pay you the 200?
you the 200?

**A. PONCE:** No.    No.

**S. A. JENSEN:** When was he going    When was he going to pay you?
to pay you?

**A. PONCE:** Que según they were    That supposedly they were going
going to pay me in Mexico.    to pay me in Mexico.

**S. A. ALMARAZ:** So, you guys    So, you guys were going to meet
were going to meet up over    up over there?
there?

**A. PONCE:** No, él dijo que iba a    No, he said that he was going
ir a entregar eso y no sé    to go deliver that and I don't

cuándo se cruza él pa' Méixo, y ahorita yo pos' cruzando ahí me iban a esperar y me iban a dar el dinero.

know when he crosses to Mexico, and right now well, when I crossed they were going to wait for me there and they were going to give me the money.

**S. A. ALMARAZ:** They didn't have any money on them.

They didn't have any money on them.

**A. PONCE:** Oh, no, él no, o sea, como que alguien más me iba a dar el dinero.

Oh, no, not him, I mean, like somebody else was going to give me the money.

**S. A. ALMARAZ:** Oh, they were going to pay you, do you know who?

Oh, they were going to pay you, do you know who?

**A. PONCE:** No, nomás me dijo… bueno, disque me iba a mandar el número del muchacho que me iba a pagar.

No, he just told me… well, that supposedly they were going to send me the number of the guy that was going to pay me.

**S. A. ALMARAZ:** Is there anything on your phone that you can show me to prove that all this stuff that you're saying?

Is there anything on your phone that you can show me to prove that all this stuff that you're saying?

**A. PONCE:** Pos' I have la conversation con Raquel.

Well, I have the conversation with Raquel.

**S. A. ALMARAZ:** Can… will you show us that?

Can… will you show us that?

62

**A. PONCE:** Pos' sí, I can.          Well yes, I can.

**S. A. ALMARAZ:** Let me bring        Let me bring your phone.
your phone.

**S. A. JENSEN:** So, this happens     So, this happens a lot, right?
a lot, right? So, we know              So, we know you're not the one
you're not the one planning            planning this, so anything on
this, so anything on your phone        your phone that can take you
that can take you out of it,           out of it, that's what… that's
that's what… that's what's             what's going to help you.
going to help you.

**A. PONCE:** Pos' yeah I have the…    Well, yeah, I have the… the
the conversation ahí con Raquel        conversation there with Raquel
donde le estoy diciendo que            where I'm telling her that
they're calling me from Bufalo         they're calling me from Bufalo
y que to pick up y así, que ya         and that to pick up and like
me quiero quitar, like, la             that, that I want to get rid
muleta y así.                          of, like, the blame and like
                                       that.

**S. A. JENSEN:** Okay, and Flaco      Okay, and Flaco told you what
told you what gun to buy?              gun to buy?

**A. PONCE:** Sí, me dijo la 556.      Yes, he told me the 556.

**S. A. JENSEN:** Like, he said        Like, he said that one there?
that one there?

**A. PONCE:** No, solo me dijo… me     No, he only told me… he only
dijo entra y di que quieres la         told me go in and say that you

63

AR-556, y que te las enseñe, a cuáles tiene.

want the AR-556, and for him to show them to you, to see which ones he has.

**S. A. JENSEN:** In English, my Spanish is (inaudible) un poquito.

In English, my Spanish is (inaudible) a little bit.

**A. PONCE:** Oh, okay, so it's 'cause he told me just go into the Bufalo and ask, like, uhm, what? 556, like, esas armas.

Oh, okay, so it's 'cause he told me just go into the Bufalo and ask, like, uhm, what? 556, like, those guns.

**S. A. JENSEN:** Mhm.

Mhm.

**A. PONCE:** Uhm, like, which ones they have.

Uhm, like, which ones they have.

**S. A. JENSEN:** Okay.

Okay.

**A. PONCE:** And then pos' just grab la que… the one…

And then, well, just grab the… the one…

**S. A. JENSEN:** Was he with you?

Was he with you?

**A. PONCE:** Yeah, but they…

Yeah, but they…

**S. A. JENSEN:** Did he say get that one or he…

Did he say get that one or he…

**A. PONCE:** No, he's just like… no, he just told me, uhm, grab a 556 y ya la que… the which one… whichever one you like, pos' I- just get it y… o no,

No, he's just like… no, he just told me, uhm, grab a 556 and the one… the which one… whichever one you like, well, I- just get it and… or not,

DAVILA & ASSOCIATES, INC.
4132 NORTH 23RD STREET
MCALLEN, TEXAS 78504

'cause I had 800 en la mano, right?

**S. A. JENSEN:** Pos' (inaudible)

**A. PONCE:** So, she's like… he's like get price of 800 o menos menos.

**S. A. JENSEN:** Whatever you could get with this money.

**A. PONCE:** Sí, 800 o menos.

**S. A. JENSEN:** Okay, got it. Do you know who… he does this by himself or does he work for somebody?

**A. PONCE:** Mmm, yo lo que sepas lo hace con Güero, nomás Güero y él 'tan solos siempre, porque ese day también 'taban ellos solos ahí.

**S. A. JENSEN:** Okay, do you anything about when he takes the guns to Mexico?

**A. PONCE:** No.

**S. A. JENSEN:** No?

**A. PONCE:** No, 'cause pos' I got into an argument con su

---

'cause I had 800 in my hand, right?

Well, (inaudible)

So, she's like… he's like get price of 800 or less.

Whatever you could get with this money.

Yes, 800 or less.

Okay, got it. Do you know who… he does this by himself or does he work for somebody?

Mmm, that I know he does it with Güero, only Güero and him are alone always, because that day they were also there alone.

Okay, do you anything about when he takes the guns to Mexico?

No.

No?

No, 'cause well, I got into an argument with his girlfriend

girlfriend 'cause she (inaudible) she was putting me pressure como que: "hey, como que go y sácala, sácala," o sea, la arm 'cause they're like putting pressure y así, y le dije: "no pos' es que no puedo porque trabajo, ¿Verdad?" And then (inaudible) no, 'cause you have to que porque te van a hacer algo a ti, que te van a levantar y no sé qué tanto, 'tonces yo también por eso fui, lo saqué y hice todo eso.

'cause she (inaudible) she was putting me pressure like hey, like: "go and take it out, take it out," I mean, the arm 'cause they're like putting pressure and like that, and I told her: "no, well, it's because I can't because I work, right?" And then (inaudible) no ,'cause you have to that because they're going to do something to you, that they're going to pick you up and I don't know what, so that's also why I went, I took it out, and I did all that.

**S. A. JENSEN:** So, let me… they wanted you to take it?

So, let me… they wanted you to take it?

**A. PONCE:** Sí, no, no, o sea, como que they were like putting me pressure que if I don't go do it, que they were going to do me something allá en México o aquí también.

Yes, no, no, I mean, like they were like putting me pressure that if I don't go do it, that they were going to do something over there in Mexico or here too.

**S. A. JENSEN:** Just buy it or take it?

Just buy it or take it?

**A. PONCE:** No, no, buy it, nomás No, no, buy it, nomás buy it. buy it.

**S. A. JENSEN:** Okay, just buy    Okay, just buy it. it.

**A. PONCE:** Sí.                Yes.

**S. A. JENSEN:** Okay, so they    Okay, so they were pressuring were pressuring you into doing    you into doing it. it.

**A. PONCE:** Yes.                Yes.

**S. A. JENSEN:** Beyond just the    Beyond just the $200. $200.

**A. PONCE:** Sí.                Yes.

**S. A. JENSEN:** Okay. Have you    Okay. Have you done it before? done it before?

**A. PONCE:** Yes.                Yes.

**S. A. JENSEN:** This is the first This is the first time? time?

**A. PONCE:** First time?          First time?

**S. A. JENSEN:** Do you know other Do you know other people who do people who do it?                it?

**A. PONCE:** No, bueno, cuando    No, well when I was 15 I also, tenía 15 también pos' yo me    well, I got in trouble for metí en problemas por algo así, something like that, but well I pero pos' yo no era la          wasn't the (inaudible) it was (inaudible) era con el muchacho  with the guy I was dating, and

con el que andaba, y él pos' right now he's arrested y todo.   well right now he's arrested and everything.

**S. A. JENSEN:** And his girlfriend, how long you've known her?   And his girlfriend, how long you've known her?

**A. PONCE:** Like a year, apenas a year, yes.   Like a year, apenas a year, yes.

**S. A. JENSEN:** You trust her, or you think she just…   You trust her, or you think she just…

**A. PONCE:** No, pos' it's 'cause I don't…   No, well, it's 'cause I don't…

**S. A. JENSEN:** (inaudible) people that do this for him?   (inaudible) people that do this for him?

**A. PONCE:** Mhm, sí, pos' she asked que: hey like "if you know people-" y así, so…   Mhm, yes, well she asked that: "hey like if you know people" and like that, so…

**S. A. JENSEN:** Did you live in George Town (inaudible)   Did you live in George Town (inaudible)

**A. PONCE:** (inaudible) como (inaudible)   (inaudible) like (inaudible)

**S. A. JENSEN:** That your parents moved there after or what?   That your parents moved there after or what?

**A. PONCE:** No, they have like three years already allá.   No, they have like three years already over there.

**S. A. ALMARAZ:** Oh, I'm sorry.   Oh, I'm sorry.

68

**S. A. JENSEN:** It's all right.    It's all right.

**S. A. ALMARAZ:** My charger    My charger (inaudible)
(inaudible)

**A. PONCE:** Mhm.    Mhm.

**S. A. ALMARAZ:** So, everything    So, everything you told me is
you told me is about Flaco,    about Flaco, right? What about
right? What about Güero, what    Güero, what do you know about
do you know about Güero?    Güero?

**A. PONCE:** Uhm, que pos' es de    Uhm, that well it's his, he
él fue a sacar tres del… de la    went to take out three of… of
556 y me había ofrecido un    the 556 and he had offered me a
trabajo también (inaudible)    job too (inaudible)

**S. A. ALMARAZ:** What did he tell    What did he tell you?
you?

**A. PONCE:** De… de ca… de cruzar    To… to ca… to cross pounds or I
libras o no sé, de… de cocaína,    don't know, of… of cocaine from
de Nuevo Laredo a Laredo,    Nuevo Laredo to Laredo, Texas,
Texas, que me daban que 1,000    that they were going to give me
por cada bolsa o libra, no sé    1,000 per each bag or pound, I
cómo le pueda decir, o sea,    don't know how to tell you, I
cada libra te daban $1,000.    mean, each pound they would
    give you 1,000.

**S. A. ALMARAZ:** For yourself?    For yourself?

**A. PONCE:** Sí, y que nos ponía    Yes, and that he would give us
mueble y no sé qué tanto.    a car and I don't know what.

69

**S. A. ALMARAZ:** Okay. Shit, sorry. And whose… whose car… shit, let's wait for it to charge a little bit. Whose car is it? The one that they picked you up with.

**A. PONCE:** ¿El Altima?

**S. A. ALMARAZ:** Yeah.

**A. PONCE:** Es de Güero.

**S. A. ALMARAZ:** It's Güero's car?

**A. PONCE:** Sí.

**S. A. ALMARAZ:** Is that the one he drives around everywhere?

**A. PONCE:** Mhm, pos' they told me que they had that one y un Charger.

**S. A. ALMARAZ:** Did you ever see the Charger?

**A. PONCE:** Mm-mm.

**S. A. ALMARAZ:** No?

**S. A. JENSEN:** The car you were in when you actually paid for the gun, whose car was that?

**A. PONCE:** Güero.

---

Okay. Shit, sorry. And whose… whose car… shit, let's wait for it to charge a little bit. Whose car is it? The one that they picked you up with.

The Altima?

Yeah.

It's Güero's

It's Güero's car?

Yes.

Is that the one he drives around everywhere?

Mhm, well they told me that they had that one and a Charger.

Did you ever see the Charger?

Mm-mm.

No?

The car you were in when you actually paid for the gun, whose car was that?

Güero.

**S. A. JENSEN:** It was his too?    It was his too?

**A. PONCE:** Yeah, it's the same    Yeah, it's the same one.
one.

**S. A. ALMARAZ:** The same one?    The same one?

**A. PONCE:** Mhm.    Mhm.

**S. A. ALMARAZ:** Okay, uhm, hey    Okay, uhm, hey so let me back
so let me back up to the day    up to the day they paid… the
they paid… the day they paid    day they paid you the money to
you the money to go inside the    go inside the store, they… did
store, they… did they pick you    they pick you up on the bridge?
up on the bridge?

**A. PONCE:** Sí.    Yes.

**S. A. ALMARAZ:** They picked you    They picked you up and they
up and they drove you to the    drove you to the Bufalo Pawn.
Bufalo Pawn.

**A. PONCE:** Sí.    Yes.

**S. A. ALMARAZ:** And they paid    And they paid you in the car?
you in the car? Outside the    Outside the car? In the store?
car? In the store?

**A. PONCE:** ¿Los $800?    The $800?

**S. A. ALMARAZ:** yeah.    Yeah.

**A. PONCE:** En- sí adentro del    In- yes inside the car.
carro.

**S. A. ALMARAZ:** In the car,    In the car, right, and they
right, and they told you… did    told you… did they tell you

they tell you what to pick?        what to pick?

**A. PONCE:** No, a como le comenté   No, like I told him, I ga… they
a él, le di… nomás me dijeron      just told me go and tell them
ve y diles que 'tas buscando       you're looking for an AR-556
una AR-556 y ya la… con la que     and then you… whichever you can
puedas comprar con los $800 ya     buy with the $800 you take
la agarras.                        that.

**S. A. ALMARAZ:** Okay, so you      Okay, so you went in there and
went in there and you said…        you said…

**A. PONCE:** Sí.                    Yes.

**S. A. ALMARAZ:** …quiero una 556,  …I want a 556, did they show
did they show you a couple or      you a couple or just one?
just one?

**A. PONCE:** No, me enseñó como     No, he showed me like two, just
two, nomás (inaudible)             (inaudible)

**S. A. ALMARAZ:** Two? Okay.        Two? Okay.

**MV2:** Hey, can I talk to you?     Hey, can I talk to you?

**S. A. JENSEN:** Yeah.              Yeah.

**S. A. ALMARAZ:** So, they showed   So, they showed you two of
you two of them.                   them.

**A. PONCE:** Mhm.                   Mhm.

**S. A. ALMARAZ:** Showed two 556    Showed two 556 (inaudible), I'm
(inaudible), I'm just curious      just curious why would they
why would they think that you      think that you would say yes?
would say yes?

**A. PONCE:** ¿Qué? ¿Lo de eso?

**S. A. ALMARAZ:** Like… like (inaudible) why they… why did she come with you for (inaudible)

**A. PONCE:** To be honest… to be honest 'cause she vio que I needed money.

**S. A. ALMARAZ:** Okay.

**A. PONCE:** Porque I was…

**S. A. ALMARAZ:** Why do you need money so bad?

**A. PONCE:** I was… for my Cadillac, my car, porque pos' you know how Cadillacs are, since (inaudible)

**S. A. ALMARAZ:** Special, yeah.

**A. PONCE:** Sí, y pos' yo ahorita que arreglar el rin de la llanta.

**S. A. ALMARAZ:** Okay, so you don't have a car right now?

**A. PONCE:** No, ahorita no tengo carro.

**S. A. ALMARAZ:** It's out of

---

What? About that?

Like… like (inaudible) why they… why did she come with you for (inaudible)

To be honest… to be honest 'cause she saw that I needed money.

Okay.

Because I was…

Why do you need money so bad?

I was… for my Cadillac, my car, because, well, you know how Cadillacs are, since (inaudible)

Special, yeah.

Yes, and well right now I wanted to fix the tire rim.

Okay, so you don't have a car right now?

No, ahorita no tengo carro.

It's out of service.

service.

**A. PONCE:** No está en Mexico.        No, it's in Mexico.

**S. A. ALMARAZ:** Oh, it's in        Oh, it's in Mexico?
Mexico?

**A. PONCE:** Sí.                Yes.

**S. A. ALMARAZ:** All right, so        All right, so she knew that you
she knew that you would say        would say yes.
yes.

**A. PONCE:** Sí, por eso.        Yes, that's why.

**S. A. ALMARAZ:** All right, and        All right, and you have those
you have those messages here?        messages here?

**A. PONCE:** Creo que tengo mitad        I think I have half in
en Messenger y mitad en… en        Messenger and half in… in
WhatsApp.                WhatsApp.

**S. A. ALMARAZ:** Just whatever        Just whatever you do, don't
you do, don't pick up the        pick up the phone.
phone.

**A. PONCE:** Ay, ma'am, es que me        Ay, ma'am, it's because it's
cala mucho.                very uncomfortable.

**S. A. ALMARAZ:** I know, I'm        I know, I'm sorry, but you
sorry, but you have… can't        have… can't (inaudible) not be
(inaudible) not be in cuffs.        in cuffs. Okay, where…
Okay, where…

**A. PONCE:** Hoy la conversation.        Today the conversation.

**S. A. ALMARAZ:** Yeah, just        Yeah, just again, don't pick up

74

again, don't pick up the phone. What is it? The Raquel (inaudible)

the phone. What is it? The Raquel (inaudible)

**A. PONCE:** Mhm.

Mhm.

**S. A. ALMARAZ:** That's on…

That's on…

**A. PONCE:** Messenger.

Messenger.

**S. A. ALMARAZ:** Messenger, like Facebook Messenger?

Messenger, like Facebook Messenger?

**A. PONCE:** Mhm.

Mhm.

**S. A. ALMARAZ:** Is that the way her name comes out? Okay.

Is that the way her name comes out? Okay.

**A. PONCE:** Yeah (inaudible) put my face (inaudible) mmm dice…

Yeah (inaudible) put my face (inaudible) mmm says…

**S. A. ALMARAZ:** What's her phone number?

What's her phone number?

**A. PONCE:** Mmm 667.

Mmm 667.

**S. A. ALMARAZ:** 867.

867.

**A. PONCE:** 317.

317.

**S. A. ALMARAZ:** 317.

317.

**A. PONCE:** 2423

2423

**S. A. ALMARAZ:** 2423.

2423

**A. PONCE:** Mhm. Mmm, pos' ahí es donde empieza toda mi conversation con ella, que lo de la AR y que tengo que

Mhm. Mmm, well that's where my whole conversation with her starts, that about the AR and that I have to take the money

75

agarrar el dinero y eso.          and that.

**S. A. ALMARAZ:** Where does it   Where does it start? Right
start? Right here?                here?

**A. PONCE:** Aquí, sí, porque    Here, yes, because look, like
mira, como ella tiene los… los    she has the… the temporary
mensajes temporales (inaudible)   messages (inaudible)

**S. A. ALMARAZ:** Oh (inaudible)  Oh (inaudible) yeah, okay. And
yeah, okay. And this number…      this number… who does that
who does that number belong to?   number belong to?

**A. PONCE:** (inaudible)          (inaudible)

**S. A. ALMARAZ:** Oh, it's        Oh, it's (inaudible) so, she
(inaudible) so, she says ese es    says this is the number of the
el número del Bufalo, marca y      Bufalo, call and ask for the
pregunta por el 556 que te         556 that they you are wait on…
pusieron and espere… espera        waiting, please.
porfi.

**A. PONCE:** Porfa.               Please.

**S. A. ALMARAZ:** Oh, like por    Oh, like please?
favor?

**A. PONCE:** Por favor.           Please.

**S. A. ALMARAZ:** Okay, so when   Okay, so when did she say this?
did she say this? March 25,        March 25, uhm, from Raquel:
uhm, from Raquel; "uhm, o si te    "Uhm, or if they're going to
van a regresar el dinero, que      give you the money back, that
no contestaron, gracias            they didn't answer, thank you

(inaudible)" I'm going to click this (inaudible)            (inaudible)" I'm going to click this (inaudible)

**A. PONCE:** (inaudible)                                    (inaudible)

**S. A. ALMARAZ:** Uhm, volver a marcar y mandar, dice al sábado, okay, this is last Friday.            Umh, call back and send, it says on Saturday, okay, this is last Friday.

**A. PONCE:** Mhm.                                           Mhm.

**S. A. ALMARAZ:** This was before Easter, uhm "y que vaya a recoger la arma, tienes que ir tú, a él no se la van a entregar," "pero no tengo quien me lleve," "ah, puedes hablar al Bufalo que si cuando puedes recoger el arma," "'ta bueno, a qué horas."            This was before Easter, uhm "and to go pick up the gun, you have to go, they're not going to give it to him," "but I don't have anybody to take me," ah, you can call Bufalo to ask when can you pick up the gun," "all right, at what time?"

**VOICE ON PHONE:** Dice que puedo hasta el lunes, que, porque estos días que va a ser festivos y que no pueden portar armas en los días festivos, que el lunes a las 2.            They say that I can until Monday, that, because these days they're going to be holidays and you can't carry guns during holidays, that Monday at 2.

**S. A. ALMARAZ:** "No vas una troca, no vas por una troca            "You don't go a truck, you don't go for a truck

| | |
|---|---|
| (inaudible)" you were going to go pick up a truck or what? | (inaudible)" you were going to go pick up a truck or what? |
| **A. PONCE:** No, she was offering que go pick up… | No, she was offering que go pick up… |
| **S. A. ALMARAZ:** Oh, 450 si las traes pa' Laredo (inaudible) okay, so they paid you 450 or… | Oh, 450 if you bring it to Laredo (inaudible) okay, so they paid you 450 or… |
| **A. PONCE:** No, they weren't going to pay me 450. | No, they weren't going to pay me 450. |
| **S. A. ALMARAZ:** (inaudible) they're going to pay you. | (inaudible) they're going to pay you. |
| **A. PONCE:** If I cross… | If I cross… |
| **S. A. ALMARAZ:** Take it to Mexico. | Take it to Mexico. |
| **A. PONCE:** Sí. | Yes. |
| **S. A. ALMARAZ:** And then 350 if you give it to them in Laredo. | And then 350 if you give it to them in Laredo. |
| **A. PONCE:** Mhm. | Mhm. |
| **S. A. ALMARAZ:** All right (inaudible) and then ¿Es robada o cómo? Sí, oh, you're talking about the truck. | All right (inaudible) and then is it stolen or what? Yes, oh, you're talking about the truck. |
| **A. PONCE:** Sí, ahí 'tamos hablando de una truck. | Yes, there we're talking about a truck. |
| **S. A. ALMARAZ:** Okay, | Okay, (inaudible) truck. Until |

(inaudible) truck. Hasta que ya está, las cruzas hasta (inaudible)

(inaudible)

It is ready, you cross it until (inaudible)

**VOICE ON PHONE:** Es que me hablaron de Bufalo otra vez, me dijeron que pos' cuándo iba a ir a recoger.

It's because they called me from Bufalo again, they told me that, well, that when was I going to go pick it up?

**S. A. ALMARAZ:** "Mario está a com-(inaudible)" who's Mario?

"Mario is like (inaudible)" who's Mario?

**A. PONCE:** Flaco.

Flaco.

**S. A. ALMARAZ:** Flaco? Oh, I thought it was Marcos, Flaco is Mario. "Ahora te aviso, a las 4:30 te levantan al puente, oh, okay, they picked you up at 4:30."

Flaco? Oh, I thought it was Marcos, Flaco is Mario. "I'll let you know in a bit, at 4:30 they pick you up at the bridge, oh, okay, they picked you up at 4:30."

**A. PONCE:** No, no, léele, léele.

No, no, read it, read it.

**S. A. ALMARAZ:** (inaudible)

(inaudible)

**A. PONCE:** Es más pa'bajo.

It's further down.

**S. A. ALMARAZ:** Oh, "yo trabajo, ¿No puedes ahorita? Es que ya anda allá nomás de pasar por el fierro, no, ya sería mañana."

Oh, "I work, you can't right now? It's because he's over there, just to go pick up the gun, no, it would be tomorrow.

**A. PONCE:** Okay, this was yesterday.

Okay, this was yesterday."

**S. A. ALMARAZ:** Mhm.

Mhm.

**A. PONCE:** Uh, (inaudible) mañana temprano como (inaudible) sí, pues a la… a qué horas (inaudible) who's Negro?

Uh, (inaudible) early tomorrow, like (inaudible) yes, well at… what time (inaudible) who's Negro?

**S. A. ALMARAZ:** He's (inaudible)

He's (inaudible)

**A. PONCE:** Oh, okay, he's your boyfriend?

Oh, okay, he's your boyfriend?

**S. A. ALMARAZ:** Mhm.

Mhm.

**A. PONCE:** No he lives in México, él no cruza pa'cá, ni nada.

No, he lives in Mexico, he doesn't cross over here, nor anything.

**S. A. ALMARAZ:** Que te suelte nomás un rato, mmm, does he know what you're doing? He doesn't know? What does he think you're doing?

To let you go just a little bit, mmm, does he know what you're doing? He doesn't know? What does he think you're doing?

**A. PONCE:** ¿Ahorita, ahorita?

Right now, right now?

**S. A. ALMARAZ:** Yeah.

Yeah.

**A. PONCE:** No le había dicho que iba a venir pa'cá.

I hadn't told him I was going to come over here.

**S. A. ALMARAZ:** "Uhm, sí, y si lo hacemos mañana que sea en corto. Okay," today: "¿Sí vas a

"Uhm, yes, and if we do it tomorrow it must be quick. Okay" today: "Are you going to

poder (inaudible) me están preguntando," "puedo a las 2," okay, so they picked you up at 2, bridge. Uhm, "ya van pa'l puente, ¿Dónde te miran?" (inaudible) right, do you have the Facebook?

be able (inaudible) they're asking me," "I can at 2," okay, so they picked you up at 2, bridge. Uhm, "they're going to the bridge, where do they see you?" right, do you have the Facebook?

**A. PONCE:** Who's?

Who's?

**S. A. ALMARAZ:** Uh, who's that… that Mexican number?

Uh, who's that… that Mexican number?

**A. PONCE:** Mmm, oh, es él.

Mmm, oh, it's him.

**S. A. ALMARAZ:** That's him?

That's him?

**A. PONCE:** Yeah.

Yeah.

**S. A. ALMARAZ:** Can I read it?

Can I read it?

**A. PONCE:** Mhm, no pos' me acaba de mandar mensaje apenas ahorita, me lo acaban de pasar, Raquel me pasó su número.

Mhm, no, well he just sent me a message right now, they just gave it to me, Raquel gave me his number.

**S. A. ALMARAZ:** Wait, who… who is this number?

Wait, who… who is this number?

**A. PONCE:** Mario.

Mario.

**S. A. ALMARAZ:** Mario? Can I… Can I read that?

Mario? Can I… Can I read that?

**A. PONCE:** Sí.

Yes.

**S. A. ALMARAZ:** When does this

When does this start?

start?

**A. PONCE:** Ahorita, apenas me pasó su número Raquel.

Right now, Raquel just gave me his number.

**S. A. ALMARAZ:** Ah, okay, ¿Qué onda, Ruby? (inaudible) Mario, mmm aquí voy en camino (inaudible)

Ah, okay, what's up, Ruby? (inaudible) Mario, mmm, I'm on my way (inaudible)

**VOICE ON PHONE:** 'ta bueno, pos' yo vengo aquí por el pozo, vine a recoger a mi prima pa' que ella se quede sola con mi perro y ya voy pa'l puente. Ey, ¿Crees que necesite mi ID? Porque al chile yo no la encuentro. Sí tengo foto, sí tengo foto.

All right, well I'm here near the hole, I came to pick up my cousin so she stays alone with my dog and then I go to the bridge. Hey, do you think I need my ID? Because to be honest I don't find it. I have a picture, I have a picture.

**S. A. ALMARAZ:** You don't have your ID?

You don't have your ID?

**A. PONCE:** Mm-mm.

Mm-mm.

**VOICE ON PHONE:** (inaudible) foto, nomás le dice que (inaudible) ya estás, simón ya (inaudible) Plazita

(inaudible) picture, just tell him that (inaudible) you're ready, yeah (inaudible) Plazita.

**S. A. ALMARAZ:** Oh, they picked you up at the plazita. Cop, why

Oh, they picked you up at the little plaza. Cop, why did you

did you put cop?                    put cop?

**A. PONCE:** It's (inaudible)       It's (inaudible)

**S. A. ALMARAZ:** ¿Cómo?            What?

**A. PONCE:** Es copiado.            It's copied

**S. A. ALMARAZ:** Oh, okay,         Oh, okay, copied, oh, okay
copiado, oh, okay (inaudible)        (inaudible) okay, I guess
okay, I guess (inaudible)            (inaudible)

**A. PONCE:** Así es.                That's right.

**VOICE ON PHONE:** Ah, ¿Dónde?      Ah, where? Coming out of the
¿Saliendo del puente o aquí en       bridge or here at Bufalo?
el Bufalo?

**S. A. ALMARAZ:** (inaudible)       (inaudible) anybody else?
anybody else?

**A. PONCE:** Mmm.                   Mmm.

**S. A. ALMARAZ:** Güero, do you     Güero, do you have his number?
have his number?

**A. PONCE:** Güero no, Güero        Güero no, Güero (inaudible)
(inaudible)

**S. A. ALMARAZ:** How about         How about Facebook?
Facebook?

**A. PONCE:** No, I told you, a él   No, I told you, I only have him
nomás lo tengo en SnapChat.          on SnapChat.

**S. A. ALMARAZ:** Okay,             Okay, (inaudible) do you have
(inaudible) do you have              anything?
anything?

**S. A. JENSEN:** No, not really other than if you can… do you have any information to help us out with other things?

**A. PONCE:** ¿Cómo qué?

**S. A. JENSEN:** On whatever, I mean, you live over there, you come over here.

**A. PONCE:** Pos' yo nomás ya, lo único que sé yo de que este Mario, como ustedes me dijeron, que cruza las armas él pa'llá, y yo… yo no sé qué hacen con las armas allá.

**S. A. ALMARAZ:** Okay, but you did know that he was going to take it to Mexico?

**A. PONCE:** No, eso yo no sabía.

**S. A. ALMARAZ:** You didn't know that okay, all right, uhm…

**S. A. JENSEN:** (inaudible)

**S. A. ALMARAZ:** Yeah, let me go see… so, because you cooperated and you're super chill about everything, uhm, we still have

**S. A. JENSEN:** No, not really other than if you can… do you have any information to help us out with other things?

Like what?

On whatever, I mean, you live over there, you come over here.

Well, that's it, the only thing I know about Mario, like you told me, that he crosses guns over there, and I… I don't know what they do with the guns over there.

Okay, but you did know that he was going to take it to Mexico?

No, I didn't know that.

You didn't know that okay, all right, uhm…

(inaudible)

Yeah, let me go see… so, because you cooperated and you're super chill about everything, uhm, we still have

to talk to those guys, right?

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** Uhm, so a lot of stuff that you said was really good, it's actually what was on the phone, uhm, after all this is over, we still have to call D… like, the US Attorney, right? So, they're the ones that prosecute federal cases, uhm.

**S. A. JENSEN:** They're like the lawyers.

**S. A. ALMARAZ:** Yeah, they're the lawyers, right? So, Typically when somebody is cooperative, we'll tell them like: "hey, this person, like, worked with us, they gave us a lot of information, whatever," and then they decide whether they want to go ahead and go ahead with the case, or they'll be like no, or they'll be like oh, let's see what… you know,

to talk to those guys, right?

Mhm.

Uhm, so a lot of stuff that you said was really good, it's actually what was on the phone, uhm, after all this is over, we still have to call D… like, the US Attorney, right? So, they're the ones that prosecute federal cases, uhm.

They're like the lawyers.

Yeah, they're the lawyers, right? So, Typically when somebody is cooperative, we'll tell them like: "hey, this person, like, worked with us, they gave us a lot of information, whatever," and then they decide whether they want to go ahead and go ahead with the case, or they'll be like no, or they'll be like oh, let's see what… you know, what

85

what else we can do. But it's… ultimately, it's their decision at the very end, uhm, so we're going to go talk to the other guys, uh, I think my partners wanted to ask you something, so they're going to come in here and talk to you for a little bit, okay?

**A. PONCE:** Mhm.

**S. A. ALMARAZ:** And then afterwards one of us is going to call the attorney and tell him everything we got, okay?

**A. PONCE:** Yeah.

**S. A. ALMARAZ:** You want (inaudible) water or anything?

**A. PONCE:** May I go to the restroom?

**S. A. ALMARAZ:** Okay (inaudible)

**S. A. JENSEN:** All right that concludes the interview, it's 17:50.

**END OF RECORDING**

else we can do. But it's… ultimately, it's their decision at the very end, uhm, so we're going to go talk to the other guys, uh, I think my partners wanted to ask you something, so they're going to come in here and talk to you for a little bit, okay?

Mhm.

And then afterwards one of us is going to call the attorney and tell him everything we got, okay?

Yeah.

You want (inaudible) water or anything?

May I go to the restroom?

Okay (inaudible)

All right that concludes the interview, it's 17:50.