GOVERNMENT
EXHIBIT
**EX-21A**
24-CR-439

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA          §
                                  §
v.                                §          CR. NO.  5:24-CR-439-1
                                  §
                                  §
ANGELA RUBY PONCE                 §

### NOTICE OF ADMISSION OF CERTIFIED DOMESTIC RECORD
### OF REGULARLY CONDUCTED ACTIVITY

**COMES NOW** the United States of America, by and through its United States Attorney for the Southern District of Texas and Bryan L. Oliver, Assistant United States Attorney, and gives notice that the United States intends to offer into evidence records obtained from United Independent School District regarding Defendant Ponce's academic records.

The records referenced in the attached affidavit are the duplicates of original academic from United Independent School District. The records were made at or near the time of the occurrence of the matters set forth therein, or from information transmitted by, a person with knowledge of those matters. The records are kept in the regularly conducted activity of United Independent School District. The making of the records is a regular practice of the regularly conducted activity of United Independent School District. The aforementioned conditions are averred, under penalty of perjury, by Lorenzo Elias, a custodian of such records for United Independent School District.

**WHEREFORE** the government hereby gives notice, pursuant to FRE 902(11), of its intention to offer into evidence the attached business records and makes available for inspection the records and certifications therefor.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____

Bryan L. Oliver
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice, the attached affidavit, and records were delivered via a secure cloud computing server to all counsel of record on July 9, 2024. Further, a true and correct copy of this notice and the attached affidavit were electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to all counsel of record

_____
Bryan L. Oliver
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### LAREDO DIVISION

UNITED STATES OF AMERICA §
§
VS. §    CR. NO.  5:24-CR-439
§
§
§
ANGELA RUBY PONCE §

### AFFIDAVIT

Before me, the undersigned authority, personally appeared _Lorenzo Elias_,
who, being by me duly sworn, deposed as follows:

I, _Lorenzo Elias_, attest, under penalties of perjury under the
laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information
contained in this declaration is true and correct. I am employed by _United Independent
School District_, and my official title is _Public Information Specialist_.
I am a custodian of records for _United Independent School District_.    I
state that each of the records attached hereto is the original record or a true duplicate of the
original record in the custody of _United Independent School District_,    and
that I am the custodian of the attached records consisting of _334_ pages.

I further state that:

a.  all records attached to this certificate were made at or near the time of the occurrence
of the matter set forth, by, or from information transmitted by, a person with knowledge of those
matters;

b.  such records were kept in the ordinary course of a regularly conducted business
activity of _United Independent School District_; and

c. such records were made by _United Independent School District_ as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_6/26/2024_
Date

_____
Signature
AFFIANT

The records attached hereto are the original or exact duplicates of the original.

SWORN AND SUBSCRIBED before me the 26th day of _June_ 2024.

_____
Notary Public, State of XXXXXXX

_Elia N. Martinez_
ELIA N. MARTINEZ

(Notary's printed name)

My commission expires: 09/10/2025

ELIA H. MARTINEZ
Notary Public, State of Texas
Comm. Expires 09-10-2025
Notary ID 12954938-1