| Name | DOB | Document | Site (Lane) | Dir | Conveyance | Encounter Date | Encounter Time (ET) |
|------|-----|----------|-------------|-----|------------|----------------|---------------------|
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | 04/02/2024 | 16:24 |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | 04/01/2024 | 19:11 |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | 03/31/2024 | 20:30 |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | 03/30/2024 | 12:34 |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | 03/29/2024 | 16:40 |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | 03/26/2024 | 18:23 |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | 03/25/2024 | 13:10 |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | 03/19/2024 | 14:52 |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | 03/14/2024 | 17:12 |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | 02/28/2024 | 21:54 |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | 02/26/2024 | 12:34 |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | 02/17/2024 | 23:19 |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | 02/13/2024 | 22:04 |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | 02/11/2024 | 18:56 |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | 02/10/2024 | 01:22 |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | 01/29/2024 | 22:59 |

**GOVERNMENT EXHIBIT**

**EX-23**

**24-CR-439**